Hermès Website Investigation

| DOMAIN NAME | REGISTRANT INFO | E-MAIL ADDRESS(ES) AND TEL NOS. | PAYMENT TYPES ACCEPTED | WEBHOST SERVER | IP ADDRESS | REGISTRAR | DATE CREATED | OTHER INFRINGING WEBSITES CONNECTED |
|---|---|---|---|---|---|---|---|---|
| HermesBags-Outlet.net | Li Hua<br>Tel: +86.21331231331<br>Fax: +86.12332332211<br>X qu X lu X hao<br>chang sha<br>Tianjin 000001 CN | lihuaallidas@126.com;<br>hermesbagsoutlet.org@gmail.com | PayPal, Visa, Master Card | FDCservers.net | 76.73.14.3 | JIANGSU BANGNING SCIENCE & TECHNOLOGY CO. LTD | 1/1/04 | HermesBagsOutletStore.com; HermesBagsOutlet.org; HermesOutlet1.com; HermesOutlet.org; HermesBagss.org; HermesBirkin-Bags.org; HermesHandbagOutlet.org; HermesHandbagsOutlet.org; HermesHandbagsOutlet1.org; HermesOutlet2.org; HermesBirkin-Bags1.org; HermesHandbagsOutlet2.org |
| HermesBagsOutletStore.com | Li Hua<br>Tel: +86.21331231331<br>Fax: +86.12332332211<br>X qu X lu X hao<br>chang sha<br>Tianjin 000001 CN | lihuaallidas@126.com | | SingleHop, Inc. | 173.236.78.155 | JIANGSU BANGNING SCIENCE & TECHNOLOGY CO. LTD | 8/1/11 | HermesBags-Outlet.net; HermesBagsOutlet.org; HermesOutlet1.com; HermesOutlet.org; HermesBagss.org; HermesBirkin-Bags.org; HermesHandbagOutlet.org; HermesHandbagsOutlet.org; HermesHandbagsOutlet1.org; HermesOutlet2.org; HermesBirkin-Bags1.org; HermesHandbagsOutlet2.org |
| HermesBagsOutlet.org | Li Hua<br>Tel: +86.05943581519<br>Fax: +86.05943581519<br>#1009 Meiyuan Road<br>Putianshi Fujiansheng 351100<br>CN | lihuaalli@126.com;<br>hermesbagsoutlet.org@gmail.com | PayPal, Visa, Master Card | SingleHop, Inc. | 173.236.78.155 | | 1/22/11 | HermesBags-Outlet.net; HermesBagsOutletStore.com; HermesOutlet1.com; HermesOutlet.org; HermesBagss.org; HermesBirkin-Bags.org; HermesHandbagOutlet.org; HermesHandbagsOutlet.org; HermesHandbagsOutlet1.org; HermesOutlet2.org; HermesBirkin-Bags1.org; HermesHandbagsOutlet2.org |
| HermesOutlet1.com<br>(redirects to HermesOutlet2.org) | Li Hua<br>Tel: +86.21331231331<br>Fax: +86.12332332211<br>X qu X lu X hao<br>chang sha<br>Tianjin 000001 CN | lihuaallidas@126.com;<br>hermesoutlet.org@gmail.com | Visa, Master Card, Western Union | SingleHop, Inc. | 173.236.78.155 | JIANGSU BANGNING SCIENCE & TECHNOLOGY CO. LTD | 9/12/11 | HermesBags-Outlet.net; HermesBagsOutletStore.com; HermesBagsOutlet.org; HermesOutlet.org; HermesBagss.org; HermesBirkin-Bags.org; HermesHandbagOutlet.org; HermesHandbagsOutlet.org; HermesHandbagsOutlet1.org; HermesOutlet2.org; HermesBirkin-Bags1.org; HermesHandbagsOutlet2.org |
| HermesOutlet.org<br>(redirects to HermesOutlet2.org) | Li Hua<br>Tel: +86.05945583559<br>Fax: +86.05945583559<br>#1009 Meiyuan Road<br>Shixiaqu Beijingshi 351100 CN | abcdefg@qq.com;<br>hermesoutlet.org@gmail.com | Visa, Master Card, Western Union | SingleHop, Inc. | 173.236.78.155 | | 3/5/11 | HermesBags-Outlet.net; HermesBagsOutletStore.com; HermesBagsOutlet.org; HermesOutlet1.com; HermesBagss.org; HermesBirkin-Bags.org; HermesHandbagOutlet.org; HermesHandbagsOutlet.org; HermesHandbagsOutlet1.org; HermesOutlet2.org; HermesBirkin-Bags1.org; HermesHandbagsOutlet2.org |

Hermès Website Investigation

| Domain | Registrant | Email | Payment | Host | IP | | Created | Related Domains |
|---|---|---|---|---|---|---|---|---|
| HermesOutlet2.org | Li Hua<br>Tel: +86.21331231331<br>Fax: +86.12332332211<br>X qu X lu X hao<br>chang sha<br>Tianjin 000001 CN | lihuaailidas@126.com;<br>hermesoutlet.org@gmail.com | Visa, Master Card, Western Union | SingleHop, Inc. | 173.236.78.155 | | 10/11/11 | HermesBags-Outlet.net;<br>HermesBagsOutletStore.com;<br>HermesBagsOutlet.org;<br>HermesOutlet.org; HermesBags.org;<br>HermesBirkin-Bags.org;<br>HermesHandbagOutlet.org;<br>HermesHandbagsOutlet.org;<br>HermesHandbagsOutlet1.org;<br>HermesOutlet1.com;<br>HermesBirkin-Bags1.org;<br>HermesHandbagsOutlet2.org |
| HermesBagss.org | Li Hua<br>Tel: +86.21331231331<br>Fax: +86.12332332211<br>Tian Jin Tian Jin<br>Tian Jin 100000 CN | asd@23.com; hermesbags.org@gmail.com | PayPal, Master Card, Visa, American Express, Discover | FDCservers.net | 76.73.14.3 | | 5/31/11 | HermesBags-Outlet.net;<br>HermesBagsOutletStore.com;<br>HermesBagsOutlet.org;<br>HermesOutlet1.com;<br>HermesOutlet.org;  HermesBirkin-Bags.org; HermesHandbagOutlet.org;<br>HermesHandbagsOutlet.org;<br>HermesHandbagsOutlet1.org;<br>HermesOutlet2.org;<br>HermesBirkin-Bags1.org;<br>HermesHandbagsOutlet2.org |
| HermesBirkin-Bags.org<br>(redirects to HermesBirkin-Bags1.org) | Yao Dong<br>Tel: +86.21331231331<br>Fax: +86.12332332211<br>X qu X lu X hao<br>Chang Sha<br>Hubei 000001<br>CN | asd@23.com;<br>www.hermesbirkinbags.org@gmail.com | Visa, Master Card, Visa Electron, MC Maestro, Direct Debit, Western Union, Money Gram, PayPal | FDCservers.net | 76.73.14.3 | | 4/22/11 | HermesBags-Outlet.net;<br>HermesBagsOutletStore.com;<br>HermesBagsOutlet.org;<br>HermesOutlet1.com;<br>HermesOutlet.org; HermesBags.org;<br>HermesHandbagOutlet.org;<br>HermesHandbagsOutlet.org;<br>HermesHandbagsOutlet1.org;<br>HermesOutlet2.org;<br>HermesBirkin-Bags1.org;<br>HermesHandbagsOutlet2.org |
| HermesBirkin-Bags1.org | Domain Admin<br>Tel: +45.36946676<br>ID#10760, PO Box 16<br>All Postal Mails Rejected, visit<br>Privacyprotect.org<br>Nobby Beach<br>QLD 4218<br>AU | contact@privacyprotect.org;<br>www.hermesbirkinbags.org@gmail.com | Visa, Master Card, Visa Electron, MC Maestro, Direct Debit, Western Union, Money Gram, PayPal | FDCservers.net | 76.73.14.3 | | 12/15/11 | HermesBags-Outlet.net;<br>HermesBagsOutletStore.com;<br>HermesBagsOutlet.org;<br>HermesOutlet1.com;<br>HermesOutlet.org; HermesBags.org;<br>HermesHandbagOutlet.org;<br>HermesHandbagsOutlet.org;<br>HermesHandbagsOutlet1.org;<br>HermesOutlet2.org;<br>HermesBirkin-Bags.org;<br>HermesHandbagsOutlet2.org |

Hermès Website Investigation

| Domain | Registrant | Email | Payment | Host | IP | | Date | Related Domains |
|---|---|---|---|---|---|---|---|---|
| HermesHandbagOutlet.org | Dong Yao<br>Tel: +86.21331231331<br>Fax: +86.12332332211<br>X qu X lu X hao<br>Chang Sha<br>Hubei 000001<br>CN | asd@23.com;<br>wwwhermeshandbagoutletorg@gmail.com | Visa, Master Card, Visa Electron, MC Maestro, Direct Debit, Western Union, Money Gram, PayPal | FDCservers.net | 76.73.14.3 | | 4/28/11 | HermesBags-Outlet.net;<br>HermesBagsOutletStore.com;<br>HermesBagsOutlet.org;<br>HermesOutlet1.com;<br>HermesOutlet.org; HermesBagss.org;<br>HermesBirkin-Bags.org;<br>HermesHandbagsOutlet1.org;<br>HermesOutlet2.org;<br>HermesBirkin-Bags1.org;<br>HermesHandbagsOutlet2.org |
| HermesHandbagsOutlet.org<br>(redirects to HermesHandbagsOutlet2.org) | Li Hua<br>Tel: +86.21331231331<br>Fax: +86.12332332211<br>Tian Jin Tian Jin<br>Tian Jin 100000 CN | asd@23.com;<br>hermesbagsoutlet.org@gmail.com | PayPal, Visa, Master Card | FDCservers.net | 76.73.14.3 | | 4/12/11 | HermesBags-Outlet.net;<br>HermesBagsOutletStore.com;<br>HermesBagsOutlet.org;<br>HermesOutlet1.com;<br>HermesOutlet.org; HermesBagss.org;<br>HermesBirkin-Bags.org;<br>HermesHandbagsOutlet1.org;<br>HermesOutlet2.org;<br>HermesBirkin-Bags1.org;<br>HermesHandbagsOutlet2.org |
| HermesHandbagsOutlet1.org<br>(redirects to HermesHandbagsOutlet2.org) | Li Hua<br>Tel: +86.21331231331<br>Fax: +86.12332332211<br>X qu X lu X hao<br>Chang Sha<br>Tianjin 000001<br>CN | lihuaallidas@126.com;<br>hermesbagsoutlet.org@gmail.com | PayPal, Visa, Master Card | FDCservers.net | 76.73.14.3 | | 9/3/11 | HermesBags-Outlet.net;<br>HermesBagsOutletStore.com;<br>HermesBagsOutlet.org;<br>HermesOutlet1.com;<br>HermesOutlet.org; HermesBagss.org;<br>HermesBirkin-Bags.org;<br>HermesHandbagOutlet.org;<br>HermesOutlet2.org;<br>HermesBirkin-Bags1.org;<br>HermesHandbagsOutlet2.org |
| HermesHandbagsOutlet2.org | Domain Admin<br>Tel: +45.36946676<br>ID#10760, PO Box 16<br>All Postal Mails Rejected, visit Privacyprotect.org<br>Nobby Beach<br>QLD 4218<br>AU | contact@privacyprotect.org;<br>hermesbagsoutlet.org@gmail.com | PayPal, Visa, Master Card | FDCservers.net | 76.73.14.3 | | 12/19/11 | HermesBags-Outlet.net;<br>HermesBagsOutletStore.com;<br>HermesBagsOutlet.org;<br>HermesOutlet1.com;<br>HermesOutlet.org; HermesBagss.org;<br>HermesBirkin-Bags.org;<br>HermesHandbagOutlet.org;<br>HermesHandbagsOutlet.org;<br>HermesOutlet2.org;<br>HermesBirkin-Bags1.org;<br>HermesHandbagsOutlet1.org |

| Website | Registrant | Email | Payment | Host | IP | Registrar | Date | Related Sites |
|---|---|---|---|---|---|---|---|---|
| HermesOutletStore.com (redirects to Outlet-Hermes.net) | Hao Da Tou<br>Tel: 86-010-1197332<br>Fax: 86-010-1197332<br>fu jian sheng pu tian shi<br>pu tian pu tian shi<br>BJ<br>CN<br>100101 | diandian101@gmail.com | Visa, PayPal | Limestone Networks, Inc. | 64.31.12.69 | XIN NET TECHNOLOGY CORPORATION | 3/10/11 | Hermes--Outlet.com;<br>HermesOutletMall.com;<br>Outlet-Hermes.net;<br>DiscountHermesBag.com |
| Outlet-Hermes.net | Da Tou Li<br>Tel: 010-1197332<br>Fax: 010-1197332<br>beijing sheng pu tian shi<br>bei jing<br>BJ<br>100101<br>cn | laura@163.com | Visa, PayPal | Limestone Networks, Inc. | 64.31.12.69 | CHENGDU WEST DIMENSION DIGITAL TECHNOLOGY CO., LTD. | 11/21/11 | HermesOutletStore.com;<br>HermesOutletMall.com;<br>Hermes--Outlet.com;<br>DiscountHermesBag.com |
| Hermes--Outlet.com (redirects to DiscountHermesBag.com) | Hao Da Tou<br>Tel: 86-010-1197332<br>Fax: 86-010-1197332<br>fu jian sheng pu tian shi<br>pu tian pu tian shi<br>BJ<br>CN<br>100101 | diandian101@gmail.com | | Limestone Networks, Inc. | 64.31.12.68 | XIN NET TECHNOLOGY CORPORATION | 3/10/11 | HermesOutletStore.com;<br>HermesOutletMall.com;<br>Outlet-Hermes.net;<br>DiscountHermesBag.com |
| DiscountHermesBag.com | huweisheng<br>Tel: 91988897883<br>Fax: 91988897883<br>3100A Kings Ct<br>CN | chicken23@163.com | | Limestone Networks, Inc. | 64.31.12.68 | HANGZHOU AIMING NETWORK CO.,LTD | 9/17/11 | HermesOutletStore.com;<br>HermesOutletMall.com;<br>Outlet-Hermes.net;<br>Hermes--Outlet.com |

Hermès Website Investigation

| Website | Registrant | Email | Payment | Host | IP | Registrar | Date | Related Sites |
|---|---|---|---|---|---|---|---|---|
| HermesOutletMall.com (redirects to Outlet-Hermes.net) | Gou Yi Lu<br>Tel: 012-30423223<br>Fax: 012-33232323<br>Madole Strret 12121 334<br>Taiwang<br>TW 100101<br>CN | amw23@gmail.com | Visa, PayPal | Limestone Networks, Inc. | 64.31.12.69 | CHENGDU WEST DIMENSION DIGITAL TECHNOLOGY CO., LTD. | 6/29/11 | HermesOutletStore.com;<br>Hermes--Outlet.com;<br>Outlet-Hermes.net;<br>DiscountHermesBag.com |
| HermesOutletBags.com | Luoxiaobo Xiaobo Luo<br>Tel: +86.0621586598<br>Fax: +86.0621586598<br>boaleanpudongxincuchuanshalu6772<br>boaleen boaleen 002010<br>de | sales@hermesoutletbags.com | | Las Vegas NV Datacenter | 64.235.47.206 | JIANGSU BANGNING SCIENCE & TECHNOLOGY CO. LTD | 7/4/11 | HermesOutletBags.net;<br>HermesOutletBags.org;<br>HermesOutletHandbags.com;<br>HermesKellyOutlet.com;<br>HermesHandbags-Outlet.net |
| HermesHandbags-Outlet.net | Liu Mian<br>Tel: +86.02588889999<br>Fax: +86.02588889999<br>qinghailu452hao<br>jingdezhen jiangxisheng 330000 | 82luyade@324.com; sales@hermeshandbags-outlet.net | Visa, Master Card, JCB | Las Vegas NV Datacenter | 64.235.47.207 | JIANGSU BANGNING SCIENCE & TECHNOLOGY CO. LTD | 8/3/11 | HermesOutletBags.net;<br>HermesOutletHandbags.com;<br>HermesKellyOutlet.com;<br>HermesOutletBags.com |
| HermesKellyOutlet.com | Zhen Hongxing<br>Tel: +86.03274669633<br>Fax: +86.03233462333<br>qinghai daoso 332<br>qinghai qinghai 325662<br>CN | sales@hermeskellyoutlet.com | Visa, Master Card, JCB | Las Vegas NV Datacenter | 64.235.47.208 | JIANGSU BANGNING SCIENCE & TECHNOLOGY CO. LTD | 7/30/11 | HermesOutletBags.net;<br>HermesOutletBags.org;<br>HermesOutletHandbags.com;<br>HermesOutletBags.com;<br>HermesHandbags-Outlet.net |

Hermès Website Investigation

| Domain | Registrant | Email | Payment | Host | IP | Registrar | Date | Notes |
|---|---|---|---|---|---|---|---|---|
| HermesOutletBags.net | liangguilin<br>Tel: +86.02502502513<br>Fax: +86.02502502522<br>liangguilin sixexghd 324243<br>GZ | sales@hermesoutletbags.net;<br>hermesoutletbags@gmail.com | Visa, Discover, Master Card, Visa Electron, American Express, PayPal, Cirrus | Las Vegas NV Datacenter | 64.235.47.218 | JIANGSU BANGNING SCIENCE & TECHNOLOGY CO. LTD | 5/17/11 | HermesOutletBags.com;<br>HermesOutletBags.org;<br>HermesKellyOutlet.com;<br>HermesHandbags-Outlet.net |
| HermesOutletBags.org<br>(redirects to HermesOutletBags.net) | Luo De You<br>Tel: +86.05965756450<br>Fax: +86.05965756450<br>jinan chunxiang 891<br>jiangzhou<br>fujiansheng<br>415801<br>CN | admin@jiaqq.com | Visa, Master Card, JCB | Las Vegas NV Datacenter | 64.235.47.218 | Jiangsu Bangning Science and technology Co. Ltd. | 7/19/11 | HermesOutletBags.net;<br>HermesOutletBags.com;<br>HermesOutletHandbags.com;<br>HermesKellyOutlet.com;<br>HermesHandbags-Outlet.net |
| HermesOutletHandbags.com | Gaohong<br>Hong Gao<br>Tel: +86.02185983808<br>Fax: +86.02185930S<br>donghaipudongxinquchuanshalu6772<br>shanghai Shanghai 200010<br>CN | sales@hermesoutlethandbags.com;<br>hermesoutletbags@gmail.com | PayPal, Western Union | Las Vegas NV Datacenter | 64.235.47.211 | JIANGSU BANGNING SCIENCE & TECHNOLOGY CO. LTD | 7/14/11 | HermesOutletBags.net;<br>HermesOutletBags.com;<br>HermesOutletBags.org;<br>HermesKellyOutlet.com;<br>HermesHandbags-Outlet.net;<br>Registrant info very similar to HermesOutletSale.com |
| HermesOutletSale.com | Gaohong<br>Hong Gao<br>Tel: +86.02185933676<br>Fax: +86.02185937B7<br>shanghaipudongxinquchuanshalu658<br>shanghai Shanghai 200010<br>CN | sales@hermesoutletsale.com | Visa, Master Card, JCB | Versaweb, LLC | 76.164.194.173 | JIANGSU BANGNING SCIENCE & TECHNOLOGY CO. LTD | 7/10/11 | Registrant info very similar to HermesOutletHandbags.com |

| Domain | Registrant | Email | Payment | Network | IP | Registrar | Date | Related |
|---|---|---|---|---|---|---|---|---|
| HermesOutletShop.com (clicking on any link on the site redirects to Cheap-Luxury-Store.info) | Jiu Ma Tel: +86.0331.254124 Jiulong Jiulong, Jiulong 466000 China | admin@qq.com; cheapluxurystore.com@gmail.com | Master Card, Visa, American Express, JCB, Western Union | RIPE Network Coordination Centre | 109.230.216.207 | GODADDY.COM, INC. | 6/8/11 | HermesOutletShop.info |
| HermesOutletShop.info (clicking on any link on the site redirects to Cheap-Luxury-Store.info) | Registration Private - Only Domains by Proxy Info listed: Domains by Proxy, Inc. Tel: +1.4806242599 Fax: +1.4806242598 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 | Hermesoutletshop.info@domainsbyproxy.com; cheapluxurystore.com@gmail.com | Master Card, Visa, American Express, JCB, Western Union | RIPE Network Coordination Centre | 109.230.216.207 | GoDaddy.com Inc. | 9/13/11 | HermesOutletShop.com |
| Hermes-BagsOutlet.com | Chen YiBin Tel: +86.2133118888 Fax: +86.2133118888 Nanjing Road 88 Shanghai 210000 SH CN | afei@afei.com; wwwhermesbagsoutletorg@gmail.com | Visa, Visa Electron, MC, Maestro, Direct Debit, PayPal | DirectSpace Networks, LLC. | 174.140.171.84 | BEIJING INNOVATIVE LINKAGE TECHNOLOGY LTD. DBA DNS.COM.CN | 7/18/11 | HermesBagsOutlets.net; Hermes-BagsOutlets.com |
| HermesBagsOutlets.net | Chen YiBin Tel: +86.2133118888 Fax: +86.2133118888 Nanjing Road 88 Shanghai 210000 SH CN | afei@afei.com; wwwtiffanyandcooutletnet@gmail.com | | DirectSpace Networks, LLC. | 174.140.171.84 | BEIJING INNOVATIVE LINKAGE TECHNOLOGY LTD. DBA DNS.COM.CN | 5/26/11 | Hermes-BagsOutlet.com; Hermes-BagsOutlets.com |

Hermès Website Investigation

| Website | Registrant | Email | Payment | Host | IP | Registrar | Date | Related |
|---|---|---|---|---|---|---|---|---|
| Hermes-BagsOutlets.com | Leona Wangqiang<br>Tel: +86.1234567890<br>fujian fuzhou gulou<br>fuzhou<br>fujian 350002<br>CN | 1473645893@qq.com;<br>sales@myhermesstore.com | | DirectSpace Networks, LLC. | 174.140.171.84 | UK2 GROUP LTD. | 6/1/11 | Hermes-BagsOutlet.com;<br>HermesBagsOutlets.net |
| HermesBagsOutlet.net<br>(redirects to DeHermesHandbags.com) | Iaai<br>Iai Iai<br>Tel: +86.01088888888<br>Fax: +86.01088888888<br>Heh e<br>Heh he he 350011<br>CN | 8989@hermesbagsoutlet.net;<br>Hermesoutlets@hotmail.com | Master Card,<br>Maestro, Visa,<br>Visa Electron | FDCservers.net | 204.45.42.43 | JIANGSU BANGNING SCIENCE & TECHNOLOGY CO. LTD | 4/6/11 | DeHermesHandbags.com |
| DeHermesHandbags.com | jkuoiu<br>eruewio dgjkj<br>Tel: +06.66675555<br>Fax: +06.33456544<br>fgdgreyer ggvhfgh ertrkdjgk 666600<br>GE | iuioui@dehermeshandbags.com | Master Card,<br>Maestro, Visa,<br>Visa Electron | SHARKTECH INTERNET SERVICES | 204.188.253.76 | JIANGSU BANGNING SCIENCE & TECHNOLOGY CO. LTD | 4/13/11 | HermesBagsOutlet.net |
| Outlet-eHermes.com | Xin Hong<br>Tel: +86.043445148636<br>Fax: +86.043445148636<br>bao sheng lu 188#<br>gongzhuling<br>JL<br>485533<br>CN | tech@outlet-ehermes.com;<br>designer-bags@live.com | | Oso Grande Technologies, Inc. | 129.121.172.90 | HICHINA ZHICHENG TECHNOLOGY LTD. | 7/28/11 | |

Hermès Website Investigation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HermesHandbagsOutlets.com | zheng ruishan<br>Tel: +86.05942587587<br>Fax: +86.05942587857<br>putian xueyuan<br>putian fujian 351100<br>CN | 780115024@qq.com | Visa, Master Card, PayPal | RIPE Network Coordination Centre | 178.17.167.253 | JIANGSU BANGNING SCIENCE & TECHNOLOGY CO. LTD | 7/18/11 |