







KL
12/27/11

http://www.hermeshandbagoutlet.org/

# Hermes
Welcome to my shop

FREE SHIPPING
Hermes bags outlet store.

US Dollar
My Cart | My Account | Log In

HOME | ALL HERMES BAGS | SPECIALS | PAYMENT | CONTACT US

Popular searches: Hermes Birkin, Hermes Kelly, Hermes Lindy, Hermes Evelyne, Hermes Belt ...

BOOKMARK

Search [Hermes keywords here]  GO



**Promotional information:**
3% discount for **1 item**, coupon code: COUPON8003
5% discount for **2 items**, coupon code: COUPON8005
7% discount for **3 items**, coupon code: COUPON8007
9% discount for **4 or more items**, coupon code: COUPON8009

## Monthly Specials For December

   

Hermes Purses Red Orange 8643 | Hermes Birkin bag 35 White Epsom leather Gold hardware | Hermes Watches Red H OUR | Hermes 35cm black cattle neck stripe bag gold | Hermes Casual Bag H024 Black Silver

Regular Price: $759.00
$106.89 - Save: 86% off

Regular Price: $1,416.33
$220.38 - Save: 84% off

Regular Price: $599.00
$109.95 - Save: 82% off

Regular Price: $1,496.00
$206.85 - Save: 86% off

Regular Price: $1,459.00
$205.88 - Save: 86% off

KL
12/27/11

`http://www.hermeshandbagoutlet.org/page.html?id=17`

# Hermes
Welcome to my shop

FREE SHIPPING

**Hermes bags outlet store.**

My Cart | My Account | Log In

Hermes bags outlet store | BAGS | SPECIALS | PAYMENT | CONTACT US

Popular searches: Hermes Birkin, Hermes Kelly, Hermes Lindy, Hermes Evelyne, Hermes Belt ...

Home / **Payment**

Search: Hermes keywords here  [ GO ]

## Payment

Welcome to **www.hermeshandbagoutlet.org**
Thanks for your visiting our website and welcome become our VIP member on online outlet store.
We accept Credit card, paypal and western union or money gram payment and Here are the details:

**1.Credit card:**
In order to pay directly with your credit card you should choose this option in the checkout. We accept the following credit cards directly with our Merchant account: Visa, Mastercard, Visa Electron, MC Maestro, Direct Debit. Some buyers have trouble with direct credit card payment, maybe their card will get declined or another technical problem will occur, if this happens to you we strongly suggest you go back and choose the payment option of Moneybookers.com for your order. If you cant complete the payment by credit card, please contact our postmaster:**wwwhermeshandbagoutletorg@gmail.com**

**2. western union or money gram:**
Here comes my western union or money gram account detail:
First Name: jianfu
Last Name: xu
City: PuTian
Province: fujian
Country: China
Post code:351100
Pls kindly send us the **MTCN** number when you did the payment to our postmaster: **wwwhermeshandbagoutletorg@gmail.com**

**3.Paypal:**
If you want to pay by paypal, please contact our postmaster:**wwwhermeshandbagoutletorg@gmail.com**to get the paypal account.

---

Home | Conditions of Use | Shipping | Privacy | Site Map | Contact Us | FAQs
Copyright © 2011 Hermes Outlet. Powered by Hermes Outlet.

Link: google.com, yahoo.com

KL
12/27/11

http://www.hermeshandbagoutlet.org/all-hermes-bags-c-247.html

## New Products For December - All Hermes Bags







Hermes sac a Depeches 41cm Clemens Etoupu silver hardware
Regular Price: $800.00
$256.03 - Save: 68% off

Hermes sac a Depeches 41cm Clemens gold and silver hardware
Regular Price: $800.00
$260.33 - Save: 67% off

Hermes sac a Depeches 41cm Clemens Gold hardware
Regular Price: $800.00
$255.33 - Save: 68% off

Hermes sac a Depeches 41cm Clemens Potiron silver hardware
Regular Price: $800.00
$260.33 - Save: 67% off

Hermes Borido 31cm Clemens white silver fittings
Regular Price: $1,090.00
$206.33 - Save: 81% off







Hermes Borido 31cm Cyclamen Silver Bracket Epson
Regular Price: $1,090.00
$205.33 - Save: 81% off

Hermes Borido 31cm Natural Gold Bracket Epson
Regular Price: $1,090.00
$206.03 - Save: 81% off

Hermes Borido 31cm Natural silver metal Fjord
Regular Price: $1,090.00
$205.33 - Save: 81% off

Hermes Borido 31cm Rozushokkingu Sheburu silver hardware
Regular Price: $1,090.00
$206.36 - Save: 81% off

Hermes Borido 31cm Sheburu caramel silver hardware
Regular Price: $1,090.00
$205.33 - Save: 81% off







Hermes Borido 31cm silver white metal Epson
Regular Price: $1,090.00
$205.22 - Save: 81% off

Hermes Birkin bag 25 Vert anisAnis green Niloticus crocodile skin Silver hardware
Regular Price: $1,011.00
$251.03 - Save: 75% off

Hermes Birkin bag 25 Vert anisAnis green Togo leather Silver hardware
Regular Price: $1,011.00
$215.03 - Save: 79% off

Hermes Birkin bag 25 VioletPurple Niloticus crocodile skin Silver hardware
Regular Price: $1,011.00
$223.03 - Save: 78% off

Hermes Birkin Bag 25 White Epsom leather Gold hardware
Regular Price: $1,011.00
$223.36 - Save: 78% off

KL
12/27/11



http://www.hermeshandbagoutlet.org/hermes-birkin-bag-25-violetpurple-niloticus-crocodile-skin-silver-hardware



### Hermes Birkin bag 25 VioletPurple Niloticus crocodile skin Silver hardware

**Availability:** In stock.

Regular Price: ~~$1,011.00~~ $223.03 - Save: 78% off

Model: Bags25057

Regular Price: ~~$1,011.00~~ $223.03 - Save: 78% off

Quantity in Cart: 1

Qty: 1

 

View Larger Image



Displaying 1/1



**Shopping Cart   [more]**

1ea.- Hermes Birkin bag 25 VioletPurple Niloticus crocodile skin Silver hardware

**$223.03**

 Continue Checkout

**Recently Viewed**

Hermes Birkin bag 25 VioletPurple Niloticus crocodile skin Silver hardware
Regular Price: ~~$1,011.00~~
$223.03 - Save: 78% off

## Product Description

The persisting, and indirect prompted later princess Grace Kelly for and actress named like some more **Hermes Birkin** bag and Kelly bag appears, the two leather bag can say most famous fashion history of the most popular leather bag, and the has been very famous. Keep the classic and high quality, the first-class craft will make, durable practical performance and concise and easy and grace, and the combination of exquisite.

Hermes Birkin bag 25 VioletPurple Niloticus crocodile skin Silver hardware
Series: **Hermes Birkin 25CM**
Size: W25 X H20 X D13
Color: Purple
Hardware: Silver
Material: Crocolile leather
Special : In the bottom of four feet of palladium protection
Accessories: Extra small dust cover for Hermes lock and 2 keys

KL
12/27/11

http://www.hermeshandbagsoutlet2.org/

**HERMES PARIS**

Currencies: US Dollar

Hermes Bags, Hermes Handbags, Hermes On Sale

your shopping bag: 0items   Enter search ke

Home   Log In



### Categories
- Hermes Birkin
- Hermes Kelly
- Hermes Bolide
- Hermes Lindy
- Hermes Plume
- Hermes Evelyne
- Hermes Totes
- Hermes Picotin
- Hermes Casual Bags
- Hermes Cattle Neck Stripe
- Hermes Garden Party
- Hermes Ostrich Stripe
- Hermes Paris Bombay
- Hermes Steve Clemence
- Hermes Victoria
- Hermes Wallets
- Hermes Belt
- Hermes Watches
- Hermes Men Bags
- Hermes Jewelry
- Hermes Scarf
- Hermes Clothing

### Hermes Bags

**Merry Christmas**
**Hermes Outlet**
Save: 85% off

**Promotional information:**
3% discount for 1 item, coupon code: COUPON8003
5% discount for 2 items, coupon code: COUPON8005
7% discount for 3 items, coupon code: COUPON8007
9% discount for 4 or more items, coupon code: COUPON8009

### Featured Products





Hermes Birkin bag 35 Cocaon Dark brown Porosus crocodile skin
$1,809.00 $258.99
Save: 85% off



Hermes Birkin bag 25 purple Ostrich leather Silver hardware
$1,599.00 $258.99
Save: 84% off



Hermes Birkin bag 40 White Clemence leather Silver hardware
$1,809.00 $248.96
Save: 87% off



hermes kelly 32 dark blue original leather silver
$1,795.00 $258.55
Save: 86% off

http://www.hermeshandbagsoutlet2.org/about-us-ezp-16.html



Currencies: US Dollar

Hermes Bags,Hermes Handbags,Hermes On Sale

your shopping bag: 0items   Enter search ke

Home   Log In

Home   New Products   Featured Products   Special Products   Hermes Bags   Hermes Belt

Home >> About Us

### Categories

- Hermes Birkin
- Hermes Kelly
- Hermes Bolide
- Hermes Lindy
- Hermes Plume
- Hermes Evelyne
- Hermes Totes
- Hermes Picotin
- Hermes Casual Bags
- Hermes Cattle Neck Stripe
- Hermes Garden Party
- Hermes Ostrich Stripe
- Hermes Paris Bombay
- Hermes Steve Clemence
- Hermes Victoria
- Hermes Wallets
- Hermes Belt
- Hermes Watches
- Hermes Men Bags
- Hermes Jewelry
- Hermes Scarf
- Hermes Clothing

### About Us

About us:

**Superior Customer Service:**
we supply high-quality of hermes bags merchandise to international buyers who are interested in shopping online. As an online business platform mainly retailing,we provide our buyers with an efficient and manageable procurement process covering every phase of the international supply chain and streamlining trade channels. Also welcome wholesaling!

**Why do business with us?**

Our long-term approach to investing and delivering returns, is a common thread which runs throughout the whole of Hermes. It can be found in the way we organise ourselves internally, how we run our clients money and how we approach ownership. We are built on a solid foundation with one single purpose in mind - generating real returns for clients over the long term.Our hermes hangbags products are popular all over the world with high quality,newest styles,competitive price,fast delivery and efficient service.Our store guarantees you will receive the highest quality purses and handbags for your money.

Our goal is to sell the best bags with reasonable price to our overseas customers. Our company can get nearly everything you want on our hermes outlet online store,they has got good reputations in this business due to the good quality,low price, good services etc.Good sales policies, offering discount to our customers, fast and safe delivery, privacy protection and reliable services are our targets,or more likely our advantages. We recognize our customers have different needs,and we want to help you find that perfect item from our wide selection of brands,styles,and designs. The best you can find in handbags are here,such as,hermes birkin,hermes kelly and so on..

### Hermes Bags



KL
12/27/11