http://www.hermeshandbagsoutlet2.org/ — Google

**Hermes Birkin bag 35 Miel Porosus crocodile skin Silver hardware**
$1,699.00 $258.99
Save: 85% off



**Hermes Birkin bag 35 Cocaon Dark brown Porosus crocodile skin**
$1,699.00 $258.99
Save: 85% off



> **Information**

Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us
Site Map
Gift Certificate FAQ
Discount Coupons
Newsletter Unsubscribe



**hermes kelly 35 rice white original leather gold**
$1,795.00 $219.55
Save: 88% off



**hermes kelly 35 taupe grey mouse grey togo mouse leather gold**
$1,795.00 $219.55
Save: 88% off



**hermes kelly 35 taupe grey mouse grey togo mouse grey togo leath**
$1,795.00 $219.55
Save: 88% off



**hermes kelly 35 white original leather gold**
$1,795.00 $219.55
Save: 88% off



**hermes kelly 35 white original leather silver**
$1,795.00 $219.55
Save: 88% off



**hermes kelly 35 yellow togo leather gold**
$1,795.00 $219.55
Save: 88% off



**hermes kelly 35 yellow togo leather silver**
$1,795.00 $219.55
Save: 88% off



**Hermes Constance Shoulder Bag Fur Black Silver**
$1,599.00 $198.98
Save: 88% off

Hermes International, S.A., or simply Hermes is a French high fashion house established in 1837, specializing in leather, ready-to-wear, lifestyle accessories, perfumary, and luxury goods. Its logo is of a Duc carriage with horse.
The Hermes family, originally Protestant Germans, settled in France in 1828.In 1837, Thierry Hermes first established Hermes as a harness workshop, on the Grands Boulevards quarter of Paris, dedicated to purveying to European noblemen.He created the finest wrought harnesses and bridles for the carriage trade.The company earned acclaim in 1855, winning first prize in its class at the 1855 Exposition Universelle in Paris. Monsieur Hermes won the first-class medal of the 1867 Exposition Universelle also in Paris.
As of 2010, Hermes has 14 product divisions encompassing leather, scarves, ties, menswear, **hermes bags**, perfume, watches, stationery, footwear, gloves, enamel, decorative arts, tableware, and jewelry.
Our company is official authorization pro shop, the main **hermes handbags** product includes:**hermes birkin,hermes kelly**,hermes bolide,hermes lindy,**hermes belt** and so on.Because our products come from the OEM factory directly and the properly tested and through the network selling we can save the charges from shop rent, logistic, advertising etc. That's why our products sells in such low price and good-quality. Our aim is to wish more people can own our items and enjoy the brand charming.**Hermes outlet shop team** will be happy to provide you with first-class service.

Home   Purchase Help   About Us   Payment   Contact Us   Conditions of Use   Shipping & Ralums   Privacy Notice   Site Map
Hermes Bags | Hermes Handbags | Hermes Outlet | Hermes Birkin | Hermes Kelly
Copyright © 2011 hermes bags. Powered by Hermes Handbags.   RSS



KL
12/27/11





- Hermes Birkin
  - Hermes Birkin 25
  - Hermes Birkin 30
  - **Hermes Birkin 35**
  - Hermes Birkin 40
  - Hermes Birkin 42
  - Hermes Jypsiere
  - Hermes Shoulder Birkin
- Hermes Kelly
- Hermes Bolide
- Hermes Lindy
- Hermes Plume
- Hermes Evelyne
- Hermes Totes
- Hermes Picotin
- Hermes Casual Bags
- Hermes Cattle Neck Stripe
- Hermes Garden Party
- Hermes Ostrich Stripe
- Hermes Paris Bombay
- Hermes Steve Clemence
- Hermes Victoria
- Hermes Wallets
- Hermes Belt
- Hermes Watches
- Hermes Men Bags
- Hermes Jewelry
- Hermes Scarf
- Hermes Clothing

> Hermes Bags

http://www.hermeshandbagsoutlet2.org/hermes-birkin-35cm-yellow-silver-hardware-p-1043.html

> hermes birkin 35cm yellow silver hardware

larger image

Product 8/188

PREV  LISTING  NEXT

hermes birkin 35cm yellow silver hardware

~~$1,599.00~~ $229.88
Save: 86% off
Model: bags78014
501 Units in Stock

Add to Cart: 1

→ Purchase

**Description:**

hermes birkin 35cm yellow silver hardware is many women farvorite, having it, you will know the hermes birkin advantage. this products of fact, luxurious products are not only belong to some international superstars, our common people can also have ourselves' top brands' products is Hermes Bags.
Model: Hermes Birkin 35
Size: W35 X H25 X D18cm
Material: Veau Crispe Togo
Color: yellow
Hardware:silver
Accessories: padlock,Key,Raincover,Cotton bag
Shipping Weight: 3 kg


Payment:
You can pay hermes handbags with your Visa or MasterCard. 100% secure online payment system.


Why Choose Us:
1.Shipping:Free Shipping
2.Ships To:We ship items to all over the world.
3.Condition:Brand New orginal packing,famous brand pandora hermes handbags. High Quality and Low Price, Directly manufacturing by the factory.

KL
12/07/11

http://www.hermeshandbagsoutlet2.org/contact_us.html

**HERMÈS PARIS**

Currencies: US Dollar

Hermes Bags, Hermes Handbags, Hermes On Sale

your shopping bag: 0items   Enter search ki

Home   Log In

*Home   New Products   Featured Products   Special Products   Hermes Bags   Hermes Belt*

Home >> Contact Us >> Contact Us

> **Categories**
> - Hermes Birkin
> - Hermes Kelly
> - Hermes Bolide
> - Hermes Lindy
> - Hermes Pluma
> - Hermes Evelyne
> - Hermes Totes
> - Hermes Picotin
> - Hermes Casual Bags
> - Hermes Cattle Neck Stripe
> - Hermes Garden Party
> - Hermes Ostrich Stripe
> - Hermes Paris Bombay
> - Hermes Steve Clemence
> - Hermes Victoria
> - Hermes Wallets
> - Hermes Belt
> - Hermes Watches
> - Hermes Men Bags
> - Hermes Jewelry
> - Hermes Scarf
> - Hermes Clothing

> **Hermes Bags**

Store Name
Address
Country
Phone

Welcome to www.hermesbagsoutlet.org.
Wish you enjoy your stay here.
If you have any questions, please feel free to contact us.
Please note, we do our best to reply to all enquiries as soon as possible.
The usual response time is 24 - 48 hours.
Your satisfaction is always our pursuit.
Wish you a nice day!
Store Name: http://www.hermesbagsoutlet.org
Contact Email : hermesbagsoutlet.org@gmail.com

**Contact Us**

* Required Information

Full Name:  [        ]  *

Email Address: [        ]  *

Message: *

[                        ]

Verification code: [    ]  * (case insensitive)   (redraw)

(back)                                                           (send)





http://www.hermesoutlet2.org/contact_us.html

**HermesOutlet**

Hermes Bag Outlet On Sale.

Search: Enter search keywords here [Go!]   MyCart:0 items

Home | Log In

Currencies: US Dollar

Payment | New Products | All Products | Featured | Site Map

**Categories**
- Hermes Birkin
- Hermes Kelly
- Hermes Lindy
- hermes Evelyne
- Hermes Cattle Neck Stripe
- Hermes Cosmetic Case
- Hermes Fish Stripe
- Hermes Pearl Stripe
- Hermes Jypsiere
- Hermes Casual Bags
- Hermes Victoria
- Hermes Plume
- Hermes Picotin
- Hermes Wallets
- Hermes Men Bags

Home :: Contact Us

Welcome to www.hermesoutlet.org.

Wish you enjoy your stay here.

If you have any questions, please feel free to contact us.

Please note, we do our best to reply to all enquiries as soon as possible.

The usual response time is 24 - 48 hours.

Your satisfaction is always our pursuit.

Wish you a nice day!

Store Name: http://www.hermesoutlet.org

Contact Email : hermesoutlet.org@gmail.com

**Contact Us**

\* Required information

Full Name: \*
Email Address: \*
Message: \*

[captcha] (redraw)

KL
12/27/11

http://www.hermesoutlet2.org/hermes-kelly-35-blue-sky-original-leather-silver-p-187.html

- » Hermes Kelly
- » Hermes Constance
- » Hermes Kelly 2011
- » hermes kelly 22
- » Hermes Kelly 32
- » **Hermes Kelly 35**
- » Hermes Kelly Other
- » Hermes Lindy
- » hermes Evelyne
- » Hermes Cattle Neck Stripe
- » Hermes Cosmetic Case
- » Hermes Fish Stripe
- » Hermes Pearl Stripe
- » Hermes Jypsiere
- » Hermes Casual Bags
- » Hermes Victoria
- » Hermes Plume
- » Hermes Picotin
- » Hermes Wallets
- » Hermes Men Bags



Move your mouse over image or click to enlarge

### hermes kelly 35 blue sky original leather silver
~~$1,300.00~~ $202.89
Save: 84% off

Model: hebag10008
476 Units in Stock

Quantity in Cart: 1
Add to Cart: 1

**AddtoCart**

Share | 

---

hermes kelly 35 blue sky original leather silver is very beautiful and classic. The hermes handbag is a versatile addition to your wardrobe.Why not?On a day you'll remember forever, don't forget to look graceful, stunning, and absolutely timeless. It will be the perfect accent piece for every occasion, from afternoon drinks at the wine bar to an elegant black-tie ball.Give this lovely hermes kelly 35 blue sky original bags to the queen of your heart today.

**Model:** Hermes Kelly 35
**Size:** W35 X H24 X D12cm
**Material:** original leather
**Color:** bule sky
**Hardware:** Silver
**Accessories:** padlock,Key,Raincover,Cotton bag
**Shipping Weight:** 3 kg
**Manufacturer:** Hermes
**Category:** Hermes

**Shipping:**

Orders usually will be shipped out in 12-48 hours after payment received. Delivery by Parcel force or Usps(Online Tracking), It usually takes 3-5 business days to arrive. A tracking No. of the parcel will be sent to you after shipped out, you may track it online. No matter how many items you purchased per transaction, it is always fast shipping.

**Payment:**
hermes kelly 35 blue sky original leather silver with your Visa or MasterCard. 100% secure online payment system.

KL
12/27/11





# About Us

hermesbagss.org is dedicated to providing the best and newest designer Hermes handbags at a fraction of the cost. We lead you to a genuine pool of Hermes Bags : collections in wide range: handbags, shoulder bags, clutches, tote bags, purses and wallets. We then inspect every nook and cranny and purchase the same materials to ensure that the products we manufacture are virtually indistinguishable from the designer originals in every way. Now our business covers Europe, America, Japan, Korea, Singapore, Argentina, Portugal, Italy, etc. We accept preorder.

Customer satisfaction is imperative to our business. We know that people who love designer hermes handbags always want the newest and hottest styles on the market. Often, we get our hands on new items even before they are released to the public. Then we begin the process of finding the materials, and creating the finest replicas available anywhere. Our customers are usually amazed that products that they can't find anywhere else are available on our website, and that the quality is so high. And it is also our business to maintain long term relationships with our customers. We are, therefore, dedicated to following through with our service until full customer satisfaction is achieved. We understand that each client's needs are unique, so we are ready to deal with any problems that arise. That is why 70 of our business comes from repeat customers.

All pictures on our website are of the actual products you will receive. We know that you want to know exactly what you are going to get when you place an order, so we have our photographer take pictures of every new product before it is put up for sale on our website.

We believe in the personal touch. We have e-mail and telephone agents on standby to answer any questions you might have, as well as to keep our customers informed on the latest specials and newest items.

**Categories**
- Hermes Birkin Bags->
- Hermes Kelly Bags->
- Hermes Casual Bags
- Hermes Cattle Neck Stripe Bags
- Hermes Constance Bags
- Hermes Evelyne Bags
- Hermes Fish Stripe Bags
- Hermes Garden Party Tote Bags
- Hermes Jipsy Gypsy Bags
- Hermes Massai Bags
- Hermes Mens Bags
- Hermes Ostrich Stripe Bags
- Hermes Pearl Stripe Bags
- Hermes Picotin Herpicot Bags
- Hermes Plume->
- Hermes Purses
- Hermes Scarves
- Hermes Watches
- Hermes Jewelry
- Hermes Belts

http://www.hermesbagss.org/hermes-kelly-bag-32-retourne-orange-togo-leather-gold-hardware-p-1554.html

US-Dollar

Product 107/107
prev listing next

**Search**

Hermes bags Search
Search
Advanced Search

**Categories**

Hermes Birkin Bags->
Hermes Kelly Bags->
  Hermes Kelly 22cm Bags
  Hermes Kelly 32cm Bags
  Hermes Kelly 35cm Bags
  Hermes Kelly Other
Hermes Casual Bags
Hermes Cattle Neck Stripe Bags
Hermes Constance Bags
Hermes Evelyne Bags
Hermes Fish Stripe Bags
Hermes Garden Party Tote Bags
Hermes Jipsy Gypsy Bags
Hermes Massai Bags
Hermes Mens Bags
Hermes Ostrich Stripe Bags
Hermes Pearl Stripe Bags
Hermes Picotin Herpicot Bags
Hermes Plume->
Hermes Purses
Hermes Scarves
Hermes Watches
Hermes Jewelry
Hermes Belts
Hermes Shoes

New Products [more]

Move your mouse over image or click to enlarge

# Hermes Kelly bag 32 retourne Orange Togo leather Gold hardware

~~$1,808.36~~ $345.59
Save: 81% off

Model: HermesKelly_010
560 Units in Stock

Add to Cart: 1

Add to cart

Hermes Kelly is still a classic masterpiece in all designer bags all over the world! In many celebrities' eyes, the **Hermes Bags** are essential in their daily life! This **Hermes Kelly bag 32 retourne Orange Togo leather Gold hardware** has an exquisite style and quality and is made from unique leather quality that makes it of highest quality. And like the leather and goat skins, they are made of the highest quality materials.
Model: Hermes Kelly 32cm
Size: W32 X H23 X D10.5cm
Color: Orange
Hardware: Gold
Shipping Weight: 2.5 kg

**Payment:**
You can pay Hermes handbags with your Visa or MasterCard. 100% secure online payment system.

**Why Choose Us:**
1. Shipping: Free Shipping
2. Ships To: We ship items to all over the world.
3. Condition: High Quality and Low Price, Directly manufacturing by the factory.
4. Shipping Time: 5-7 working days to your door.

KL
12/27/11





KL
12/27/11

Case 1:12-cv-01623-DLC Document 1-5 Filed 03/06/12 Page 12 of 13



