



KL
12/27/11



http://www.outlet-hermes.net/page.html?id=2

### 7. Payment Information

We accept payment with Visa and MasterCard. You'll receive our confirmation letter in 24 hours when you check out the order. Please enjoy the speedy and convenient service via the above payments in our online store.

### 8. Shipping Information

We offer free shipping for all products. Normally we provide DHL service for you, it will charge your $ 9.99 for shipping faster. Also you can choose other shipping ways.
You can choose shipping your purchased items to the billing address or different address on the Billing Information Page. If the shipping address is different from your billing address, you will have to write a new address on Shipping Information page.
It usually takes 3-5 days for the products to arrive at your address. For Customized items, it may take one extra week for customizing.

### 9. Cancel and Change Requests

If for any reason you would like to cancel or change your order, please contact our online service as soon as possible. Registered customers can cancel or change their orders directly by managing "My Orders". We will do everything we can to accommodate your request but cannot guarantee that your request will be honored due to real time order processing. If an order has already entered the shipping process, we will not be able to cancel the order. If your order cannot be cancelled, you may contact our live service to arrange shipping back. Then we can full refund.

### 10. Receiving Emails

You can offering your email address on contact us page. Our emails are designed to give you important information on exclusive offers, product promotions, and sales.
Each promotional email that is sent to you contains an easy, automated way for you to cease receiving email from us. If you wish to do this, simply follow the instructions at the end of the email.
We use security measures to protect against the loss, misuse and alteration of data used by our system.
We send email to individuals who have expressly shared their email address for the purpose of receiving offers and information in the future (often called opt-in lists).?

Wishlist    Return Policy    About Us    My Account

KL
12/27/11









New Products For December





Hermes Birkin Bags 30CM Dark Orange Gold Hardware
~~$1,089.00~~ $209.00
Save: 81% off

Hermes Birkin Bags 30CM Dark Blue Gold Hardware
~~$1,089.00~~ $209.00
Save: 81% off

Hermes Birkin Bags 30CM Dark Blue Ostrich Silver Hardware
~~$1,089.00~~ $209.00
Save: 81% off



KL
12/27/11

http://www.discounthermesbag.com/page.html?id=1

- Hermes Handbags
- Hermes Birkin Bags 25CM
- Hermes Birkin Bags 30CM
- Hermes Kelly Bags 32CM
- Hermes Birkin Bags 35CM
- Hermes Birkin Bags 40CM
- Hermes Birkin Bags 42CM
- Hermes Wallets
- Hermes Purses
- Hermes Watches
- Hermes Scarf
- Hermes Belts

New Products





Hermes Wallets Bearn Crocodile Brown

$299.00 $119.00
Save: 60% off



Hermes Silk Scarf Logo Black Orange

$189.00 $79.00
Save: 58% off

1. How do I find the item I want to buy?

Find on home page the category of the item you want to buy (in the category list on the left of the page), move your mouse to the category name such as "Louis Vuitton Handbags", you will see a list of sub-categories. Choose the one your item belongs to, and you will to transferred to the product page. You can choose the item you want to buy here.

2. How do I place an order?

You can click the goods which you interesting, then choose currency: USD or GBP, fill the quantity which you want. Then click "add to cart". There have your Order Number (please keep it safe for later use!). Then fill your detailed Information: Email, full name, country, address, telephone number, postcode. After that, you can choose fast DHL or not for shipping. And select your payment: Visa card or mastercard, then "check out" to pay it. Do not forget to keep the order information in a secure place in case that you may need to check your order status.

3. How do you send my purchased items?

We offer very safe and fast delivery to ship all our packages, shipping only take 3 to 5 days. No matter where you are, we can shipping all over the world. Order today and rest easy!

4. How to track an order?

All orders are to be confirmed by email in 24 hours and reply in 48 hours. When you check out you will get a order number, take this order number contact our customer service, our Customer Service can help you track your order.

5. How do I find the size fitting me?

You can find Size Chart below the Size Selecting field.

6. Our quality and price advantages.

We are a super seller in the world. We also do long time business in the ebay. The exclusive suppliers we have also contribute to our low price strategy. In addition, So we can supply the best products, best price, best service. Looking forward to doing good business with all my friends in the world. We do all we can to provide you with the best quality products with lowest price.?

7. Payment Information

We accept payment with Visa and MasterCard. You'll receive our confirmation letter in 24 hours when you check out the order. Please enjoy the speedy and convenient service via the above payments in our online store.

8. Shipping Information

We offer free shipping for all products. Normally we provide DHL service for you, it will charge your $ 9.99 for shipping faster, Also you can choose other shipping ways.
You can choose shipping your purchased items to the billing address or different address on the Billing Information Page. If the shipping address is different from your billing address, you will have to write a new address on Shipping Information page. It usually takes 3-5 days for the products to arrive at your address. For Customized items, it may take one extra week for customizing.

KL
12/27/11





http://www.discounthermesbag.com/hermes-handbags-birkin-35cm-crocodile-gold-hardware-black-p-5.html

**Login**

Email:

Password:

Forgotten Password
Create Account



**Categories**

- Hermes Handbags
- Hermes Birkin Bags 25CM
- Hermes Birkin Bags 30CM
- Hermes Kelly Bags 32CM
- Hermes Birkin Bags 35CM
- Hermes Birkin Bags 40CM
- Hermes Birkin Bags 42CM
- Hermes Wallets
- Hermes Purses
- Hermes Watches
- Hermes Scarf
- Hermes Belts

**New Products**



Hermes Birkin Bags 42CM Grey Gold Hardware

Home  >  Hermes Handbags  >  Hermes Handbags Birkin 35CM Crocodile Gold Hardware Black



larger image

**Hermes Handbags Birkin 35CM Crocodile Gold Hardware Black**

~~$1,299.00~~ $219.00

Save: 83% off

Model: hermesoutlet_5

100 Units in Stock

Add to Cart: 1

Add to Cart

**Hermes Handbags** Birkin 35CM Crocodile Gold Hardware Black is a fine present for your female friends, the Hermes Birkin is an essence in our life, carrying the Birkin Bags is not only comfortable for them but also show their vague to others, just like the Hollywood celebrity Rachel Zoe said: "It is not a bag, it is birkin, and I am not buying them, I collect them!???and that is the brand of Hermes!

**Products Description:**
???/span> Color: Black
???/span> Material: Crocodile
???/span> Silver palladium hardware
???/span> Four silver anti-scuff studs
???Leather lining with 1 large interior zippered pocket and an open side pocket
???/span> The zippull is imprinted with Hermes and the zip is anchored with the traditional H
???This bag comes with a crocodile covered lock, 2 keys, and a crocodile clochette
???/span> Many customers who purchased this product also view Hermes Birkin Bags 30 and Hermes Purses

Recommend Products

KL
12/27/11