

http://www.hermesoutletbags.com/about-us-ezp-8.html

Search for... Search



**SHOPPING CART**

now in your cart 0 items

Categories

2011 Hermes

Hermes Birkin->

Hermes Birkin 25CM

Hermes Birkin 30CM

Hermes Birkin 35CM

Hermes Birkin 40CM

Hermes Birkin 42CM

Hermes Kelly->

Hermes Kelly 22CM

Hermes Kelly 32CM

Hermes Kelly 35CM

Hermes Wallets

Hermes Picotin Herpicot

Hermes Faux Crocodile

Hermes Ostrich Stripe

Hermes Constance

Hermes Passport Holder

Hermes Evelyne III

Hermes Victoria

Hermes Fish Stripe

Hermes Lindy

Hermes Jypsiere

Hermes Steve Clemence

Hermes Card Case

Home :: About us

## About us

Nobody can ignore the existence of Hermes Bags in the fashion world. The well-known quality and handicraft both shaped the distinctive features of Hermes. In Europe and America, a great number of stars are chasing the fever of Hermes. You can never forget the beauty that the Hermes brings to you. Now you get a chance to be a part of Hermes, you only have to choose the one you like. And hermesoutletbags.com is your best choice.

hermesoutletbags.com is the online dealer of Hermes bags and wallets. All of our Hermes bags come from famous factory directly. So we can well to control the quality and price for our customers. And we need to tell our customers, all the products are not authentic items, they just knock off.

**We have been in the business of Hermes bags for over 5 Years**

We have been purchasing original designer bags, and shipping them to our factories in Italy, France and Asia. We then inspect every nook and cranny and purchase the same materials to ensure that the products we manufacture are virtually indistinguishable from the designer originals in every way.

All pictures on our website are of the exact products you will receive. We know that you want to know exactly what you are going to get when you place an order, so we have our photographer take pictures of every new product before it is put up for sale on our website.

**We ensure quality of every bag we made.**

All our Hermes Bags are shipped to you directly from our warehouse in Asia. Our staff oversees the production of each bag to ensure quality and customer satisfaction. This means you get the best selection of Hermes bags at the lowest price.

**We will keep in touch with you.**

We have e-mail and telephone agents on standby to answer any questions you might have, as well as to keep our customers informed on the latest specials and newest items. We add items to our site regularly, so be sure to sign up for our newsletter. As a Hermes subscriber, you will be privy to the latest trends in the designer bags' world, and receive discounts on selected items available on our website.

**High quality bags and good service are always our standard!**

**Customer satisfaction is important to our business.**

KL
12/27/11





KL
12/27/11





http://www.hermeshandbags-outlet.net/

 

Shopping Cart: now in your cart 0 items

CURRENCIES: US Dollar

Log In | Register

Home   New Products   Specials   My Account   Free Shipping Policy   View Cart   Contact Us

Search for...   GO

**Categories**

Hermes Birkin->
  L Birkin 30CM
  L Birkin 35CM
  L Birkin 40CM
  L Birkin 42CM

Hermes Kelly->
  L Kelly 25CM
  L Kelly 32CM
  L Kelly 35CM

Hermes Men Handbags->
  L Alfred Men Handbags 35CM
  L Steven Men Handbags 32CM
  L Steven Men Handbags 35CM

Hermes Occasion Handbags->

 

### Cheap Hermes Handbags Outlet Sale Store
### Hermes Birkin and Hermes Kelly Sale For Cheap

At first, Hermes outlet is a harness shop provided variety of fine decorative goods for the carriage in Paris.In mid-1885 at the Paris Exhibition, Hermes sale won first prize for such products. After160 years of development, Hermes handbags become famous in the world, through the joint efforts of several generations of people. Earlier in the 20th century, Hermes Handbags had become a typical symbol of French luxury goods. 1920s,grandson of the Hermes outletfounder Emile Hermes has commented: "leather products brings the extreme sports and the traditional elegance."And 15 years later, Hermes sale has grown for the production of high quality and super multinational companies, and now, Hermes company is still expanding.

Our Hermes outlet is a professional hermes retailer. We dedicate to provide high quality Hermes handbags with free shipping and best service to our customers. We offer kinds of Hermes handbags including the classic hermes birkin bag and hermes kelly bag ,of course.Welcome to choose what you like, your satisfaction is our aim.

### Hermes Handbags - 2011 Hermes Handbags

  

KL
12/27/11

http://www.hermeshandbags-outlet.net/contact_us.html

# HERMES PARIS — Hermes Online Store

Shopping Cart: now in your cart 0 items

CURRENCIES: US Dollar

Log In | Register

Home   New Products   Specials   My Account   Free Shipping Policy   View Cart   Contact Us

Search for... GO

**Categories**

Hermes Birkin->
  L Birkin 30CM
  L Birkin 35CM
  L Birkin 40CM
  L Birkin 42CM

Hermes Kelly->
  L Kelly 26CM
  L Kelly 32CM
  L Kelly 35CM

Hermes Men Handbags->
  L Alfred Men Handbags 35CM
  L Steven Men Handbags 32CM
  L Steven Men Handbags 35CM

Hermes Occasion Handbags->
  L Hermes Sac a

Home :: Contact Us

Welcome to www.hermeshandbags-outlet.net

Email: sales@hermeshandbags-outlet.net

Any questions or concern, please feel free to contact us, we will make every attempt to reply to your enquiries as quickly as possible.

**Contact Us**

Send Email To: Customer Service
Full Name:
Email Address:
Message: *

* Required Information

KL
12/27/11









http://www.hermesoutletbags.net/about-us-ezp-8.html

SHOPPING CART

now in your cart 0 items

Contact Us



**Shop Online Hours:**
8.00 a.m. - 9.00 p.m.
10.00 p.m.- 7.00 a.m.
**Shop Hours:**
10.00 a.m. - 6.00 p.m.

**MSN:**
sale-supports@hotmail.com
**Email:**
hermesoutletbags@gmail.com

Categories

- Hermes Birkin->
  - Birkin Bag 25CM
  - Birkin Bag 30CM
  - Birkin Bag 35CM
  - Birkin Bag 40CM
  - Birkin Shoulder Bag
- Hermes Kelly->
  - Kelly Bag 25CM
  - Kelly Bag 28CM
  - Kelly Bag 32CM
  - Kelly Bag 35CM
  - Kelly Other Bag
- Hermes Lindy
- Hermes Bolide->
  - Bolide Bag 27CM

**Who We Are**

Hermes Handbags has won a world leading brand name in the fashion industry over the past decades with classic and modern stylish. Hermes Handbags is both for women and men. At our online store, you can find the complete details of the newly released Hermes Handbags, the latest price information, and the most useful buying tips. We are sure that you'll have a wonderful experience here since you can find fantastic clothing ideas for you or your friend. We've expanded our range of products and span of service to meet the needs of all customers. The diversity of our products comes from Hermes Handbags official, we're committed to bring you the latest style at the lowest prices and pass these savings on to you.

Our Hermes Handbags store is an online department store, an internet leader in providing customers with designer Hermes Handbags at unbeatable prices. We have a great number of bargains Hermes Handbags on sale.





KL
12/27/11