







http://www.cheap-luxury-store.info/info/faq.html

**Q: How do I pay for my order? Do I have many choices?**

A: We accept payment via Credit Cards or Western Union now. At present, we can accept Master Card, Visa Card, American Express Card, JCB card.
With credit cards, you can make payment quickly and securely online.
There are many Advantages with using Credit Cards Online Payment:
(1) Payment can be done directly and immediately after submitting the order.
(2) You don't need to share any of your confidential financial details with our website. The payment process is well under control and protection

**Q: Why can't I use the card normally?**

A: (1). Your debit card is out of the available scope of the bank.
(2). Online payment feature of your debit card has not yet been opened.
(3). There is no sufficient fund in your card.
(4). The card number or password you entered is incorrect.
(5). The ID card number you entered is incorrect.
(6). The data transmission of bank system is abnormal.
(7). Network interruption.
(8). The amount of payment is unequal to the item price.
(9). If your VISA, MASTER or JCB card is effective, the main reason which caused your card can't work normally is that you haven't done the 3D verification.
The 3D verification is a free service provided by the credit card company to guarantee the secure online shopping for customers.
You can directly call your issuing bank to ask them to add this kind of service for you.
PS: In terms of VISA card, this service is called verified by visa service; in terms of MasterCard and JCB card it is called MasterCard secure code service and J cure service.
Actually this will provides you with one secure code to guarantee your personally use of this card in order to avoid the occurrence of fraud.

**Q: Instructions for Returning Faulty Goods**

A: Before returning goods, please contact us first to discuss the issues you are having. Normally it will take 2 weeks to return goods to us by Post Office.



**Q: How to Cancel an Order before Payment and after Payment?**

A: (1) Cancellation before payment If you have not paid for your order, there is no need to contact us to cancel it. We ignore all orders until a matching payment is received. So if you haven't paid, don't worry, we're not processing your order. You are under no obligation to follow through and pay for an order just because you checked out your cart online.
(2) Withdrawing an order after payment If you have placed an order and you have paid, and you want to cancel, please contact us as soon as possible. Once we have shipped your item, we cannot cancel it. If you are uncertain about something on your order and you think you want to change it, please contact us and put the order on hold while you decide. This will stop the packing process so you still have a chance to make changes. If the goods have already been delivered, we can't cancel or change the order. If you want to cancel an order because you are adding further products, but not cancelling the previous items, you can simply place another order and tell us. We will ship them together. If the order is in an early processing stage, you may be able to change your mind and cancel the total order. You can ask for a refund or keep your payment as a credit.

**Q: Policy of Refund, Maintenance and Replacement**

A: We will try our best to make sure the products shipped to our customers are in the best condition
(1) Refund We will issue you a FULL REFUND once we have received the product in question. However, you have to pay for the initial and return shipping charges. And we are not responsible for returned products lost in post. Our website cannot give a full refund for quality problems such as:

KL
12/27/11

http://www.cheap-luxury-store.info/contact_us.html

# Luxury Store

Why Buy From Us | FAQ | Payment | Testimonials | Home | Log In
Currencies: US Dollar         Shopping Cart (0 items)

Home  Shipping  New Products  About Us  Contact Us  FAQ  Wholesale Inquiry  Register    Enter search keywords here  Go

Customer Service
SRAT CHAT

Categories

Home :: Contact Us

Our customer service representatives are here to serve you 24 hours a day on weekdays, as well as select hours on Saturday (except on major holidays). We believe in the timeliness of customer service, and will do everything possible to satisfy our customers. If you have any problems, comments, or suggestions, please contact our customer service representatives.

If you have any questions please send the e-mails to us and we will reply all emails within 24 hours.

Our E-mail is:cheapluxurystore.com@gmail.com

U.S Toll Free: 1(661)2283555

**Contact Us**

* Required Information

Full Name:  _____  *
Email Address:  _____  *
Message: *
[                                    ]

Back                                              Send

Online support
[Offline]

KL
12/27/11





KL
12/27/11



http://www.cheap-luxury-store.info/contact_us.html

# Luxury Store

Why Buy From Us | FAQ | Payment | Testimonials | Home | Log In

Currencies: US Dollar          Shopping Cart (0 items)

Home   Shipping   New Products   About Us   Contact Us   FAQ   Wholesale Inquiry   Register

Enter search keywords here   Go

**Customer Service**
**SRAT CHAT**

Home :: Contact Us

Our customer service representatives are here to serve you 24 hours a day on weekdays, as well as select hours on Saturday (except on major holidays). We believe in the timeliness of customer service, and will do everything possible to satisfy our customers. If you have any problems, comments, or suggestions, please contact our customer service representatives.

If you have any questions please send the e-mails to us and we will reply all emails within 24 hours.

Our E-mail is:cheapluxurystore.com@gmail.com

U.S. Toll Free: 1(661)2283555

### Categories

**Contact Us**

Full Name: _____ *
Email Address: _____ *
Message: *

[                                           ]

* Required information

Online support

[Back]                                                               [Send]

RL
12/27/11



 

http://www.cheap-luxury-store.info/premium-hermes-30cm-crocodile-stripe-red-silver-p-6400.html



Home :: Hermes :: Hermes Faux Crocodile :: Premium Hermes 30CM Crocodile Stripe Red Silver

Product 48/48

  

### Categories

Hermes 2011
Hermes Bangle
**Hermes Birkin**
Hermes Card Case
Hermes Constance
Hermes Evelyne III
Hermes Faux Crocodile
Hermes Fish Stripe
Hermes Garden Party
Hermes Jypsiere
**Hermes Kelly**
Hermes Lindy
Hermes Necklace
Hermes Ostrich Stripe
Hermes Passport Holder
Hermes Picotin Herpicot
Hermes Scarf
Hermes Steve Clemence
Hermes Victoria
Hermes Wallets
Hermes Belts
Hermes Jewelry

## Premium Hermes 30CM Crocodile Stripe Red Silver



**Premium Hermes 30CM Crocodile Stripe Red Silver**

$319.20

Add to Cart: 1

Add this to my cart

**WHY BUY FROM US?**
More than 25000 happy customers! Browse Testimonials
Quick and secure Shippment(about 10 days). ShippingInfo
Safe & Secure Shopping - 256-bit SSL encryption.
Professional wholesale company,We work for You more than 5 years! Wholesale Inquiry



     



### Products Description

Brand: Hermes sale
Series: Hermes Faux Crocodile
Color: Red / Silver (Hardware)
Material: Crocodile Leather
Size: L30*H23*W16CM

This **Premium Hermes 30CM Crocodile Stripe Red Silver** should be included in your go-to list of handbag designer if you are looking for a bag that will bring out the exoticness and luxury in you. Constructed from the rich crocodile leather, this **Hermes** bag features the vivid red shade which will surely bring you to the trend for the next season, plus such shade is also versatile to work well with other ensembles.







KL
12/27/11