http://www.hermes-bagsoutlets.com/    Google

**Home**

Log In   Sign Up   Currencies: US Dollar

# HERMĖS

All Products    New Products    Shipping & Returns    Site Map    Contact US    FAQ

## 68% OFF!

Fashion Hermes Bags! SHOP NOW...

Search Hermes Handbags Here   GO!

Advance Search ...

About Us ::   Hermes Handbags ::   Hermes 2011 ::   Hermes Birkin Bags ::   Hermes Kelly Handbag ::   Hermes Jewelry ::   Hermes News

### Categories

- Hermes Birkin
- Hermes Kelly
- Hermes Evelyn
- Hermes Jewelry
- Hermes Picotin
- Hermes Plume
- Hermes 2011
- Hermes Lindy
- Hermes Jypsiere
- Hermes Victoria
- Hermes Constance
- Hermes Evelyne III
- Hermes Garden Party
- Hermes Steve Clemence
- Hermes Fish Stripe
- Hermes Ostrich Stripe
- Hermes Crocodile
- Hermes Snakeskin
- Hermes Picotin Herplcot
- Hermes Wallets
- Hermes Card Case
- Hermes Passport Holder
- Hermes Necklace
- Hermes Bangle



TO BE TREASURED

Choose your Hermes products today,our Hermes Bags would be as perfect as you expected with the newest and fashionable styles and the best price. We offer kinds of hermes bags including hermes birkin bags and hermes kelly bags. Welcome to HermesBagsOutlets.Com and visit our collection of Hermes Bags Outlet.

**Discount Hermes Handbags, Hermes Birkin Bags, Hermes Wallet, Hermes Scarves, Free Shipping Online.**

Hermes is recognized for its handmade luggage and handbags collections which is settled in France in 1828. Hermes Handbags was founded by Thierry Hermes in the year of 1873 and it remains a family enterprise today. Having been operated and developed for more than one hundred years, Hermes becomes a public company. The Hermes leathers are professionally treated, dyed in an extensive range of colors, and handcrafted into Hermes Bags of all sizes, small leather goods, and additional accessories. The famous Hermes Birkin Bags, was named for actress Jane Birkin. In popular culture, the Hermes Birkin Bag has been featured on television shows such as Gilmore Girls, Sex and the City. The Hermes Kelly and Hermes Constance Bag also lead the fashion tide of luxury purchases. More high quality Hermes products and Cheap Hermes Bags sale online in Hermes Shop.

Hermes Handbag is among the most exclusive handbags in the world. As a leading provider of Hermes Handbags, our company is a professional Hermes Bags Outlet online shop. We supply authentic Hermes 2011 bags, including Hermes Birkin Bags, Hermes Kelly Handbags, Hermes Lindy, Hermes Wallets, Hermes Bangles, Hermes Scarves, etc. We stand behind our fashion Hermes Bag and proud to offer 100% satisfaction guarantee.

12L
12/27/11

**Home**

Log In   Sign Up   Currencies: | US Dollar ... |

## HERMÈS

All Products    New Products    Shipping & Returns    Site Map    Contact US    FAQ

### 68% OFF!

Search Hermes Handbags Here | GO! |

**Fashion Hermes Bags!** SHOP NOW...          Advance Search ...

---

**About Us :: Hermes Handbags :: Hermes 2011 :: Hermes Birkin Bags :: Hermes Kelly Handbag :: Hermes Jewelry :: Hermes News**

| **Categories** | **Home :: Contact Us** |

sales@myhermesstore.com

- › Hermes Birkin
- › Hermes Kelly
- › Hermes Evelyn
- › Hermes Jewelry
- › Hermes Picotin
- › Hermes Plume
- › Hermes 2011
- › Hermes Lindy
- › Hermes Jypsiere
- › Hermes Victoria
- › Hermes Constance
- › Hermes Evelyne III
- › Hermes Garden Party
- › Hermes Steve Clemence
- › Hermes Fish Stripe
- › Hermes Ostrich Stripe
- › Hermes Crocodile
- › Hermes Snakeskin
- › Hermes Picotin Herpicot
- › Hermes Wallets
- › Hermes Card Case
- › Hermes Passport Holder
- › Hermes Necklace
- › Hermes Bangle

**Contact Us**

\* Required information

Full Name: [                    ] \*

Email Address: [                    ] \*

Message: \*

[                                        ]

Back                                      Send



http://www.hermes-bagsoutlets.com/hermes-birkin-c-2.html

**Featured Products - Hermes Birkin**

- › Hermes Picotin Herpicot
- › Hermes Wallets
- › Hermes Card Case
- › Hermes Passport Holder
- › Hermes Necklace
- › Hermes Bangle
- › Hermes Scarf

Specials ...
New Products ...
Featured Products ...
All Products ...

**New Products  [more]**

Hermes Birkin Bag 35CM
Pebbled Leather Hepatic
Silver
$1,587.00  $235.67
Save: 85% off

Hermes Birkin Bag 35CM
Light Pink Silver
$1,587.00  $235.67
Save: 85% off

Hermes Birkin Bag 35CM Pink Gold
$1,587.00  $235.67
Save: 85% off

Hermes Birkin Bag 35CM Royal Blue
Silver
$1,587.00  $235.67
Save: 85% off

Hermes Birkin Bag 35CM White Gold
$1,587.00  $235.67
Save: 85% off

Hermes Birkin Bag 35CM White Silver
$1,587.00  $235.67
Save: 85% off

Hermes Birkin bag 40 Black Clemence
leather Silver hardware
$3,135.00  $253.32
Save: 88% off

Hermes Birkin bag 40 Black Epsom
leather Gold hardware
$3,135.00  $253.32
Save: 88% off

KL
12/27/11

