



  http://www.dehermeshandbags.com/new-products.html   Google

**CATEGORIES**

Hermes 2011
Hermes 2010
Hermes Birkin
Hermes Cattle Neck Stripe
Hermes Fish Stripe
Hermes Ostrich Stripe
Hermes Constance
Hermes Evelyne
Hermes Garden Party Tote
Hermes Pearl Stripe bags
Hermes Jipsy Gypsy
Hermes Picotin Herpicot
Hermes Wallet Stripe
Hermes purses
Hermes Studded
Hermes Victoria
Hermes Belts
Hermes Scarves
Hermes Box
Hermes Accessories
Hermes Handbags

**BESTSELLERS**

 Hermes Jipsy Gypsy Bags navy gold
$209.69 $400.00

 Hermes Victoria Bags peagreen
$209.00 $400.00

**LATEST NEWS**

**NEW PRODUCTS**

   

Hermes Womens Belts ... | Hermes Cattle Neck S... | Hermes Birkin crocod... | Hermes Birkin silver...
$69.69 $160.00 | $209.69 $490.00 | $269.69 $640.00 | $259.69 $610.00
Save: 58% off | Save: 57% off | Save: 58% off | Save: 58% off

   

Hermes Birkin gold b... | Hermes Bracelets 034 | Hermes Birkin crocod... | Hermes Earrings 032
$259.69 $610.00 | $40.99 $109.00 | $269.69 $640.00 | $26.99 $60.00
Save: 58% off | Save: 62% off | Save: 58% off | Save: 60% off

   

Hermes 2011 Bag ligh... | Hermes mens Belts 00... | Hermes Birkin pearl ... | Hermes Birkin crocod...
$169.69 $400.00 | $62.69 $140.00 | $259.69 $610.00 | $269.69 $640.00

KL
12/27/11

# HERMÈS
## PARIS

Currencies: US Dollar | hremes search | Search

**Home**     **New Products**     **Shipping**     **Payment**     **Policy**     **FAQ**     **Contact Us**

Popular tags: hermes   my hermes   hermes herbag   hermes constance bag   hermes evelyne   hermes de   hermes authentic   hermes belt men
hermes bolide   hermes cape cod   hermes discount   hermes leather bags   hermes paketshop   hermes pictures   hermes ties

**CATEGORIES**

Hermes 2011
Hermes 2010
Hermes Birkin
Hermes Cattle Neck Stripe
Hermes Fish Stripe
Hermes Ostrich Stripe
Hermes Constance
Hermes Evelyne
Hermes Garden Party Tote
Hermes Pearl Stripe bags
Hermes Jipsy Gypsy
Hermes Picotin Herpicot
Hermes Wallet Stripe
Hermes purses
Hermes Studded
Hermes Victoria
Hermes Belts
Hermes Scarves
Hermes Box
Hermes Accessories

**Hermes Birkin**

Home::Hermes Birkin::Hermes Birkin 35CM ::Hermes Birkin gold black cattle 35CM Bags

Hermes Birkin gold black cattle 35CM Bags
$619.00 $259.69
Save: 58% off

Choose Quantity: 1

Payment Option:

Add This To My Cart

Prev   Listing   Next

Prev   Listing   Next

| Amount Range | Discount(Percent) |
|---|---|
| $0.00-$300.00 | none |
| $300.00-$500.00 | 90% |
| $500.00-more | 80% |

KL
12/27/11