

http://www.outlet-ehermes.com/contact_us.html

Currencies: USD

Home | Log In | Contact Us

**Designer Bags**

Enter search keywords here [SEARCH]

Shopping Cart

**FREE SHIPPING** when you buy 2 or more!

Home :: Contact Us

**Categories**

- Balenciaga Handbags (25)
- Cartier Handbags (17)
- Celine Handbags (72)
- Chanel Handbags (961)
- Chole Handbags (27)
- Christian Dior Handbags (78)
- Givenchy Handbags (14)
- Gucci Handbags (941)
- Hermes Belt (43)
- Hermes Handbags (681)
- Hermes Wallets (142)
- Jimmy Choo Handbags
- Loewe Handbags (39)
- Louis Vuitton Handbags (591)
- Miu Miu Handbags (342)
- Mulberry Handbags (24)
- Prada Handbags (344)
- TODS Handbags (8)

**Information**

- Shipping & Returns
- Privacy Notice
- Conditions of Use
- Contact Us
- Site Map
- Gift Certificate FAQ

851# Chaoyangchaobei Avenue, Baoding City, Hebei

**Contact Us**

\* Required Information

Full Name: \_\_\_\_ \*
Email Address: \_\_\_\_ \*
Message: \*

(back)   (send)

KL
12/27/11



http://www.outlet-ehermes.com/hermes-handbags-hermes-birkin-25cm-c-26_27.html

Celine Handbags (72)
Chanel Handbags (961)
Chole Handbags (27)
Christian Dior Handbags (78)
Givenchy Handbags (14)
Gucci Handbags (941)
Hermes Belt (43)
Hermes Handbags (681)
  Hermes Birkin 25CM (10)
  Hermes Birkin 30CM (107)
  Hermes Birkin 35CM (156)
  Hermes Birkin 40CM (27)
  Hermes Birkin 42CM (22)
  Hermes Casual Bags (14)
  Hermes Constance Bags (84)
  Hermes Evelyn Bags (49)
  Hermes Flap Bags (7)
  Hermes Garden Party Bags (14)
  Hermes Jypsiere Bags (32)
  Hermes Kelly 22CM (32)
  Hermes Kelly 32CM (47)
  Hermes Kelly 35CM (34)
  Hermes Lindy 34CM (17)
  Hermes Paris Bombay Bags (9)
  Hermes Picotin (3)
  Hermes Victoria Bags (17)
Hermes Wallets (142)
Jimmy Choo Handbags
Loewe Handbags (39)
Louis Vuitton Handbags (591)
Miu Miu Handbags (342)
Mulberry Handbags (24)
Prada Handbags (344)
TODS Handbags (8)

**Information**
Shipping & Returns
Privacy Notice
Conditions of Use

Displaying 1 to 10 (of 10 products)

**Hermes Birkin 25CM Togo Leather Bag Blue 6068 Gold** — $258.00
This Bag is SO PERFECT for everyday but chic enough for to wear as an elegant evening purse too!H Blue is coveted and incredibly difficult to find....
Add: 0

**Hermes Birkin 25CM Togo Leather Bag Blue 6068 Silver** — $258.00
This Bag is SO PERFECT for everyday but chic enough for to wear as an elegant evening purse too!H Blue is coveted and incredibly difficult to find....
Add: 0

**Hermes Birkin 25cm Togo Leather Black 6068 Gold** — $258.00
This Bag is SO PERFECT for everyday but chic enough for to wear as an elegant evening purse too!H Blue is coveted and incredibly difficult to find....
Add: 0

**Hermes Birkin 25cm Togo Leather Black 6068 Silver** — $258.00
This Bag is SO PERFECT for everyday but chic enough for to wear as an elegant evening purse too!H Blue is coveted and incredibly difficult to find....
Add: 0

**Hermes Embossed Leather Birkin 25CM Handbag Light Coffee 6068 Gold** — $258.00
Hermes flies under the radar. Nothing particularly amazing, and nothing at the other end of the spectrum, especially terrible. However, for the most...
Add: 0

**Hermes Embossed Leather Birkin 25CM Handbag Light Coffee 6068 Silver** — $258.00
For Fall/Winter 2010, however, Hermes did something that had a few people wrinkling their noses. Instead of the traditionally luxurious Inspirations...
Add: 0

**Hermes Embossed Leather Birkin 25CM Handbag Orange 6068 Gold** — $258.00
Hermes flies under the radar. Nothing particularly amazing, and nothing at the other end of the spectrum, especially terrible. However, for the most...
Add: 0

**Hermes Embossed Leather Birkin 25CM Handbag Orange 6068 Silver** — $258.00
For Fall/Winter 2010, however, Hermes did something that had a few people wrinkling their noses. Instead of the traditionally luxurious Inspirations...
Add: 0

**Hermes Embossed Leather Birkin 25CM Handbag Peachblow 6068 Gold** — $258.00
For Fall/Winter 2010, however, Hermes did something that had a few people wrinkling their noses. Instead of the traditionally luxurious Inspirations...
Add: 0

KL
12/27/11



FREE SHIPPING   when you buy 2 or more!

Home :: Hermes Handbags :: Hermes Birkin 25CM :: Hermes Embossed Leather Birkin 25CM Handbag Light Coffee 6068 Gold

**Categories**

Balenciaga Handbags (25)
Cartier Handbags (17)
Celine Handbags (72)
Chanel Handbags (961)
Chloe Handbags (27)
Christian Dior Handbags (78)
Givenchy Handbags (14)
Gucci Handbags (941)
Hermes Belt (43)
**Hermes Handbags (681)**
  Hermes Birkin 25CM (10)
  Hermes Birkin 30CM (107)
  Hermes Birkin 35CM (156)
  Hermes Birkin 40CM (27)
  Hermes Birkin 42CM (22)
  Hermes Casual Bags (14)
  Hermes Constance Bags (84)
  Hermes Evelyn Bags (49)
  Hermes Flap Bags (7)
  Hermes Garden Party Bags (14)
  Hermes Jypsiere Bags (32)
  Hermes Kelly 22CM (32)
  Hermes Kelly 32CM (47)
  Hermes Kelly 35CM (34)
  Hermes Lindy 34CM (17)
  Hermes Paris Bombay Bags (9)
  Hermes Picotin (3)
  Hermes Victoria Bags (17)
Hermes Wallets (142)
Jimmy Choo Handbags
Loewe Handbags (39)
Louis Vuitton Handbags (591)
Miu Miu Handbags (342)

Product 5/10
(prev) (listing) (next)

Hermes Embossed Leather Birkin 25CM Handbag Light Coffee 6068 Gold
$258.00

Hermes flies under the radar. Nothing particularly amazing, and nothing at the other end of the spectrum, especially terrible. However, for the most part, we un-phased by Hermes.While We appreciate all additions and imagination, which are in addition to make bags is, sometimes we just want a great and practical basic foodstuffs. This is exactly what the handbag Hermes us, exceptional craftsmanship and supple calf leather. This page tags: Hermes Birkin, Hermes handbags for sale, replica Hermes handbags, Hermes Kelly Bag.

larger image

- Hermes Paris made in France embossed on front under the "flap"
- Gold Palladium hardware
- Hermes Paris embossed on the hardware
- 4 protective palladium feet at the bottom
- One zip pocket interior

Size: 9.8" x 7" x 5" (W25 x H18 x D13CM)
This Hermes Handbags Hermes Embossed Leather Birkin 25CM Handbag Light Coffee 6068 comes with: Hermes lock,keys,clochette,sleepers,care booklet,rain protection,tags and copy of the genuine receipt from an official Hermes store,not including Hermes Box.

We offer the latest and the best AAA+++ quality replica handbags.
1:1 replica designer handbags with the same material and design as the authentic.
We have our own professional team to ensure that our goods are perfect.
Not only it looks but also the touch are the same as the originals.
What you can receive is just the same with the pictures here you see.

Model: 3218-87
99 Units in Stock

Add to Cart: 1



Add to Cart

KL
12/27/11