



http://hermeshandbagsoutlets.com/

Hermes Wallets
Hermes Watches

**VIEWED PRODUCTS**

Hermes...
Series:
Hermes Birkin
25CM Color: ...

Hermes...
Brand:
Hermes Bags
Online Series:
Hermes ...

**INFORMATION**

Delivery

Legal Notice

Terms and conditions of use

About us

Hermes Constance...    Hermes Constance...    Hermes Constance...    Hermes Constance...

$152.14    $152.14    $152.14    $152.14

View    View    View    View
Buy    Buy    Buy    Buy

Hermes Cape Cod    Hermes Cape Cod    Hermes Cape Cod    Hermes Cape Cod
Dual Time    Dual Time    Dual Time    Dual Time

$161.49    $161.49    $161.49    $161.49

View    View    View    View
Buy    Buy    Buy    Buy

**TAGS**

Hermes    Bermes

KL
12/27/11



KL
12/27/11



KL
12/27/11