Registered June 27, 1939      Trade-Mark 368,785

# UNITED STATES PATENT OFFICE

Hermes, S. A., Paris, France

Act of February 20, 1905

Application March 1, 1939, Serial No. 416,562

# HERMES

## STATEMENT

*To all whom it may concern:*

Be it known that Hermes, S. A., a corporation organized and existing under the laws of France and doing business at No. 24 Rue du Faubourg, Saint-Honore, Paris, Seine, France, has adopted and used the trade-mark shown in the accompanying drawing, for JEWELRY FOR PERSONAL WEAR OR ADORNMENT NOT INCUDING WATCHES; PRECIOUS STONES; GOLD KNIVES; SILVER KNIVES; JEWEL CASES, VANITY CASES, CIGARETTE CASES, BADGES, MEDALS, COCKTAIL SETS, AND PORT SETS MADE WHOLLY OR IN PART OF PRECIOUS METAL; AND FLATWARE AND TABLEWARE MADE WHOLLY OR IN PART OF PRECIOUS METAL, in Class 28, Jewelry and precious-metal ware, and presents herewith five specimens (facsimiles) showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905, as amended.

The trade-mark has been continuously used and applied to said goods in the business of said corporation since the first part of December 1936.

The trade-mark is usually applied or affixed to the goods or to the package containing the same by stamping, printing, branding or otherwise, or by placing thereon a printed label on which the trade-mark is shown.

Said trade-mark has been registered in France, No. 268,557, dated Dec. 8, 1936. The firm of Proskauer, Rose & Paskus, whose postal address is % E. F. Wenderoth, 900 F Street, N. W., Washington, D. C., is designated as the person, on whom process or notice of proceedings affecting the right of ownership of said trade-mark brought under the laws of the United States may be served.

HERMES, S. A.,
By ROBERT F. DUMAS,
*Administrateur Délégué.*

Registered July 18, 1939    Trade-Mark 369,271

# UNITED STATES PATENT OFFICE

Hermes, S. A., Paris, France

Act of February 20, 1905

Application March 1, 1939, Serial No. 416,559

## HERMES

### STATEMENT

*To all whom it may concern:*

Be it known that Hermes, S. A., a corporation organized and existing under the laws of France and doing business at No. 24 Rue du Faubourg, Saint-Honore, Paris, Seine, France, has adopted and used the trade-mark shown in the accompanying drawing, for CLOCKS AND WATCHES, in Class 27, Horological instruments, and presents herewith five specimens (facsimiles) showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905, as amended.

The trade-mark has been continuously used and applied to said goods in the business of said corporation since the first part of December 1936.

The trade-mark is usually applied or affixed to the goods or to the package containing the same by stamping, printing, branding or otherwise, or by placing thereon a printed label on which the trade-mark is shown.

Said trade-mark has been registered in France, No. 268,557, dated Dec. 8, 1936. The firm of Proskauer, Rose & Paskus, whose postal address is c/o E. F. Wenderoth, 900 F Street N. W., Washington, D. C., is designated as the person, on whom process or notice of proceedings affecting the right of ownership of said trade-mark brought under the laws of the United States may be served.

HERMES, S. A.,
By ROBERT F. DUMAS,
*Administrateur Délégué.*



## Certificate of Correction

Registered July 18, 1939                         Registration No. 369,271

Hermes

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the heading, in the statement, column 1, line 2, and in the signature, "Hermes, S.A." should be deleted and *Hermes* should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 11th day of May 1982.

[SEAL]

Attest:                                              
JANIE COOKSEY,                        GERALD J. MOSSINGHOFF,
*Attesting Officer.*                    *Commissioner of Patents and Trademarks.*

**Registered Aug. 1, 1939**                                       **Trade-Mark 369,681**

# UNITED STATES PATENT OFFICE

Hermes, S. A., Paris, France

Act of February 20, 1905

Application March 1, 1939, Serial No. 416,560

# HERMES

## STATEMENT

*To all whom it may concern:*

Be it known that Hermes, S. A., a corporation organized and existing under the laws of France and doing business at No. 24 Rue du Faubourg, Saint-Honore, Paris, Seine, France, has adopted and used the trade-mark shown in the accompanying drawing, for TRUNKS, TRAVELING BAGS, DRESSING CASES, SUITCASES, BRIEF CASES, SAMPLE BAGS, PORTFOLIOS, WALLETS, SATCHELS, POCKETBOOKS, AND HORSE AND DOG COLLARS AND HARNESS, in Class 3, Baggage, animal equipments, portfolios, and pocketbooks, and presents herewith five specimens (facsimiles) showing the trademark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905, as amended.

The trade-mark has been continuously used and applied to said goods in the business of said corporation since the first part of December 1936.

Applicant is the owner of Certificate No. 219,458, dated Oct. 19, 1926.

The trade-mark is usually applied or affixed to the goods or to the package containing the same by stamping, printing, branding or otherwise, or by placing thereon a printed label on which the trade-mark is shown.

Said trade-mark has been registered in France, No. 268,557, dated Dec. 8, 1936. The firm of Proskauer, Rose & Paskus, whose postal address is % E. F. Wenderoth, 900 F Street, N. W., Washington, D. C., is designated as the person, on whom process or notice of proceedings affecting the right of ownership of said trade-mark brought under the laws of the United States may be served.

HERMES, S. A.,
By ROBERT F. DUMAS,
*Administrateur Délégué.*



## Certificate of Correction

Registered August 1, 1939                                    Registration No. 369,681

Hermes

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the heading, in the statement, column 1, line 2, and in the signature, "Hermes, S.A." should be deleted and *Hermes* should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 11th day of May 1982.

[SEAL]

Attest:
JANIE COOKSEY,
*Attesting Officer.*

GERALD J. MOSSINGHOFF,
*Commissioner of Patents and Trademarks.*

Registered Aug. 8, 1939          Trade-Mark 369,944

# UNITED STATES PATENT OFFICE

Hermes, S. A., Paris, France

Act of February 20, 1905

Application March 1, 1939, Serial No. 416,563

# HERMES

## STATEMENT

*To all whom it may concern:*

Be it known that Hermes, S. A., a corporation organized and existing under the laws of France, and doing business at No. 24, Rue du Faubourg, Saint-Honore, Paris, Seine, France, has adopted and used the trade-mark shown in the accompanying drawing, for LADIES' AND GENTLEMEN'S BELTS FOR OUTER WEAR, GOLF GLOVES AND SPORT GLOVES MADE OF LEATHER, SPORT BELTS, SPORT COATS, SPORT SKIRTS, COATS, HATS, AND CAPS, FOR THE USE OF MEN, WOMEN, AND CHILDREN, LEGGINGS, SCARFS, AND ARM BANDS, in Class 39, Clothing, and presents herewith five specimens (facsimiles) showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905, as amended.

The trade-mark has been continuously used and applied to said goods in the business of said corporation since the first part of December, 1936.

Applicant is the owner of Certificate No. 241,596, dated May 1, 1928.

The trade-mark is usually applied or affixed to the goods or to the package containing the same by stamping, printing, branding or otherwise, or by placing thereon a printed label on which the trade-mark is shown.

Said trade-mark has been registered in France, No. 268,557, dated Dec. 8, 1936. The firm of Proskauer, Rose & Paskus, whose postal address is % E. F. Wenderoth, 900 F Street N. W., Washington, D. C., is designated as the person, on whom process or notice of proceedings affecting the right of ownership of said trade-mark brought under the laws of the United States may be served.

                          HERMES, S. A.,
                     By ROBERT F. DUMAS,
                         *Administrateur Délégué.*

*369,944*

## Certificate of Correction

Registered August 8, 1939                        Registration No. 369,944

Hermes

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the heading, in the statement, column 1, line 2, and in the signature, "Hermes, S.A." should be deleted and *Hermes* should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 8th day of June 1982.

[SEAL]

Attest:
JANIE COOKSEY,
*Attesting Officer.*

GERALD J. MOSSINGHOFF,
*Commissioner of Patents and Trademarks.*

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,893,199
Registered Oct. 12, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## PLUME

HERMES INTERNATIONAL (FRANCE CORPORATION)
24, RUE DU FAUBOURG SAINT-HONORE
PARIS, FRANCE 75008

FOR: GOODS MADE OF LEATHER AND IMITATIONS OF LEATHER, NAMELY, BAGS, NAMELY, HANDBAGS, TRAVEL BAGS, RUCKSACKS; LEATHER PURSES, BUSINESS CARD CASES, WALLETS, LEATHER KEY CASES, SUITCASES, BRIEFCASES AND LUGGAGE TRUNKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 03.3.214.126, FILED 3-10-2003, REG. NO. 033214126, DATED 3-10-2003, EXPIRES 3-10-2013.

THE ENGLISH TRANSLATION OF THE WORD PLUME IN THE MARK IS FEATHER.

SER. NO. 78-230,103, FILED 3-26-2003.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cls.: **16 and 18**

Prior U.S. Cls.: **1, 2, 3, 5, 22, 23, 29, 37, 38, 41 and 50**

**United States Patent and Trademark Office**  Reg. No. 2,991,927
Registered Sep. 6, 2005

**TRADEMARK**
PRINCIPAL REGISTER

# BIRKIN

HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS)
24, RUE DU FAUBOURG SAINT HONORE
PARIS, FRANCE 75008

FOR: CHECKBOOK HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER OR IMITATION LEATHER GOODS, NAMELY, BAGS, NAMELY, HANDBAGS, TRAVEL BAGS, RUCKSACKS; WALLETS; CARD HOLDERS IN THE NATURE OF WALLETS; LEATHER PURSES; LEATHER CASES FOR KEYS; BRIEFCASES; TRUNKS AND SUITCASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF FRANCE REG. NO. 97691016, DATED 8-8-1997, EXPIRES 8-8-2007.

SER. NO. 78-369,087, FILED 2-17-2004.

DOUGLAS LEE, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,198,963
Registered Jan. 16, 2007

## SERVICE MARK
## PRINCIPAL REGISTER

# HERMES

HERMES INTERNATIONAL (FRANCE CORPORATION)
24, RUE DU FAUBOURG SAINT HONORÉ
F-75008 PARIS, FRANCE

FOR: COMPUTERIZED ONLINE RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, FASHION ACCESSORIES, PERSONAL CARE PRODUCTS, BABY PRODUCTS AND TOYS, GAMES AND TOYS, HOME, BATH, KITCHEN, TRAVEL WARES AND ACCESSORIES, PAPER PRODUCTS, MONEY CLIPS OF COMMON METAL, CUFFLINKS, LEASHES AND NECKLACES FOR DOGS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-2-2002; IN COMMERCE 2-2-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-889,297, FILED 5-22-2006.

KAELIE KUNG, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,480,825
Registered Aug. 5, 2008

TRADEMARK
PRINCIPAL REGISTER

# LINDY

HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS)
24 RUE DU FAUBOURG SAINT HONORÉ
F-75008 PARIS
FRANCE

FOR: LEATHER HANDBAGS FOR WOMEN SOLD ONLY THROUGH STORES OWNED BY APPLICANT, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 10-19-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0924725 DATED 4-10-2007, EXPIRES 4-10-2017.

SER. NO. 79-038,680, FILED 4-10-2007.

SEAN CROWLEY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# JYPSIERE

**Reg. No. 3,730,618** HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS (SCA))
Registered Dec. 29, 2009  24, RUE DU FAUBOURG SAINT HONORÉ
75008 PARIS, FRANCE

**Int. Cl.: 18** FOR: GOODS OF LEATHER AND IMITATION LEATHER, NAMELY, HANDBAGS, TRAVELING BAGS, BACKPACKS, SATCHELS, BEACH BAGS, SHOPPING BAGS IN LEATHER, POCKET WALLETS, PURSES IN LEATHER, CREDIT CARD CASES, BUSINESS CARD CASES, BRIEFCASES, KEY CASES IN LEATHER, TRUNKS, SUITCASES, EMPTY POUCHES INTENDED TO HOLD TOILET PRODUCTS, NAMELY, TOILETRY BAGS SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**TRADEMARK PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 083575029, FILED 5-14-2008, REG. NO. 083575029, DATED 5-14-2008, EXPIRES 5-14-2018.

SER. NO. 77-613,920, FILED 11-13-2008.

KEVIN CORWIN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# SO KELLY

**Reg. No. 3,834,062**  
**Registered Aug. 17, 2010**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS (SCA))
24, RUE DU FAUBOURG SAINT HONORE
75008 PARIS, FRANCE

FOR: GOODS OF LEATHER AND IMITATION LEATHER, NAMELY, HANDBAGS, TRAVELLING BAGS, RUCKSACKS, BEACH BAGS, SHOPPING BAGS MADE OF CANVAS, LEATHER AND TEXTILE, GARMENT BAGS FOR TRAVEL, POCKET WALLETS, PURSES IN LEATHER, CREDIT CARD CASES, BUSINESS CARD CASES, BRIEFCASES, KEY CASES IN LEATHER, TRUNKS, SUITCASES, TOILETRY BAGS SOLD EMPTY, LEATHER POUCHES, SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 093644575, FILED 4-16-2009, REG. NO. 093644575, DATED 4-16-2009, EXPIRES 4-16-2019.

OWNER OF U.S. REG. NOS. 3,079,861, 3,567,940 AND OTHERS.

SER. NO. 77-849,128, FILED 10-15-2009.

LIEF MARTIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# BOLIDE

**Reg. No. 3,994,070**  
**Registered July 12, 2011**  
**Int. Cl.: 18**  

**TRADEMARK**  
**PRINCIPAL REGISTER**

HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS (SCA))
24, RUE DU FAUBOURG SAINT-HONORE
75008 PARIS, FRANCE

FOR: LEATHER, HANDBAGS, TRAVEL BAGS AND SUITCASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF FRANCE REG. NO. 95552452, DATED 1-6-1995, EXPIRES 1-6-2015.

SER. NO. 85-219,616, FILED 1-18-2011.

REBECCA POVARCHUK, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office