Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent and Trademark Office

Reg. No. 1,806,107
Registered Nov. 23, 1993

## TRADEMARK
### PRINCIPAL REGISTER



HERMES GESTION, INC. (DELAWARE COR-
PORATION)
1409 FOULK ROAD, SUITE 102
P.O. BOX 7108
WILMINGTON, DE 19803

FOR: LEATHER HANDBAGS, IN CLASS 18
(U.S. CL. 3).

FIRST USE 1-1-1972; IN COMMERCE
1-1-1972.

THE MARK CONSISTS OF A RECTANGU-
LAR DESIGN ATTACHED TO THE FLAP OF
A HANDBAG AND THE DOTTED LINE AP-
PEARING ON THE DRAWING IS NOT A PART
OF THE MARK AND SERVES ONLY TO SHOW
THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 74-336,038, FILED 12-2-1992.

DAVID CHO, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

United States Patent and Trademark Office

Corrected

Reg. No. 1,806,108

Registered Nov. 23, 1993

OG Date June 21, 2005

## TRADEMARK
## PRINCIPAL REGISTER



HERMES INTERNATIONAL (FRANCE CORPORATION)
24, RUE DU FAUBOURG SAINT-HON-ORE
PARIS, FRANCE 75008

THE MARK CONSISTS OF AN "H" DESIGN ATTACHED TO THE FLAP OF A HANDBAG AND THE DOTTED LINE APPEARING ON THE DRAWING IS NOT A PART OF THE MARK AND SERVES ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

FOR: LEATHER HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-31-1972; IN COMMERCE 12-31-1972.

SER. NO. 74-336,039, FILED 12-2-1992.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 21, 2005.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cls.: **3, 8, 9, 14, 16, 18, 20, 21, 24, 25, 28 and 34**

Prior U.S. Cls.: **1, 2, 3, 4, 5, 6, 8, 9, 13, 17, 21, 22, 23, 25, 26, 27, 28, 29, 30, 32, 33, 36, 37, 38, 39, 40, 41, 42, 44, 50, 51 and 52**

Reg. No. 2,436,099

# United States Patent and Trademark Office

Registered Mar. 20, 2001

## TRADEMARK
## PRINCIPAL REGISTER



HERMES INTERNATIONAL (FRANCE COR-
PORATION)
24, RUE FAUBOURG SAINT-HONORE
75008 PARIS, FRANCE

FOR: SKIN LOTIONS, HAND LOTIONS, HAND
SOAPS, ROUGES, LIPSTICKS, FACE POWDERS,
BODY POWDERS, SKIN CREAMS, SUN TANNING
PREPARATIONS, PERFUMES, TOILET WATERS,
EAU DE COLOGNES, COLOGNES, TOILET SOAPS,
TALCUM POWDERS, SHAVING CREAMS, PERSO-
NAL DEODORANTS, HAIR LOTIONS, HAIR
SPRAYS, HAIR SHAMPOOS, BATH OILS AND
BATH LOTIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50,
51 AND 52).

FOR: CUTLERY OF PRECIOUS METAL, NAME-
LY, KNIVES, FORKS AND SPOONS AND TABLE-
WARE, NAMELY, KNIVES, FORKS AND SPOONS,
IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: OPERA GLASSES, MAGNIFYING GLAS-
SES, A COMBINATION BAROMETER, THERMO-
METER, DIAL-TYPE CALENDAR AND CLOCK,
LENSES, AND SPECTACLE FRAMES, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY, NAMELY, BRACELETS, NECK-
LACES, LONG NECK CHAINS, EARRINGS, RINGS,
TIE PINS, TIE CLIPS, CUFF-LINKS, PENDANTS,
WATCHES, CLOCKS, ALL MADE OF PRECIOUS
METAL OR COATED THEREWITH, IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

FOR: AGENDA BOOKS, FOUNTAIN PENS,
CARDBOARD BACKING USED FOR BINDING
BOOKS, PLAYING CARDS, LETTER PAPER, EN-
VELOPES, NOTE CARDS, STAPLERS, STAPLES,
PAPER CLIPS, PEN CASES, FELT PENS, LETTER
OPENERS, AND NEWSPAPERS AND MAGAZINES
ON THE SUBJECT OF STYLE AND FINE MER-
CHANDISE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37,
38 AND 50).

FOR: ARTICLES MADE FROM LEATHER OR
IMITATION LEATHER, NAMELY, HAND BAGS
AND CLUTCH PURSES, DRAWSTRING POUCHES,
BACK PACKS, CHANGE PURSES AND SHOULDER
BAGS MADE OF LEATHER, TRUNKS FOR TRA-
VEL, SUITCASES, BILLFOLDS AND WALLETS,
PASSPORT HOLDERS, ATTACHE CASES, BRIEF
CASES, BRIEF CASE TYPE PORTFOLIOS, SATCH-
ELS, ALL PURPOSE SPORTS BAGS, UMBRELLAS,
PARASOLS, WALKING STICKS, TOILETRY BAGS
MADE OF LEATHER, HARNESSES, WHIPS, HUNT-
ING CROPS AND SADDLERY, IN CLASS 18 (U.S.
CLS. 1, 2, 3, 22 AND 41).

FOR: HOUSEHOLD FURNITURE, PICTURE
FRAMES AND FURNITURE MIRRORS, IN CLASS
20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: BEVERAGE GLASSWARE, PORCELAIN,
FAIENCE AND ALL ARTICLES OF TABLEWARE
IN THESE MATERIALS, NAMELY, PLATES,
DISHES, DECORATIVE PLATES, GRAVY BOATS,
JARS FOR JAMS AND JELLIES, TEA SETS, COFFEE
CUPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40
AND 50).

FOR: TEXTILE NAPKINS, TEXTILE PLACE MATS, TABLE LINEN, TEXTILE USED AS LINEN FOR CLOTHING, TEXTILE LINEN FOR GARMENTS, TABLE CLOTHES NOT OF PAPER; TEXTILE FABRICS FOR THE MANUFACTURE OF CLOTHING, NAMELY, SUITS, JACKETS, PANTS, SCARVES, BLOUSES; TEXTILE FABRICS FOR THE MANUFACTURE OF HOUSEHOLD ITEMS, NAMELY, TOWELS, HANDKERCHIEFS, BATH LINEN, BED LINEN, HOUSEHOLD LINEN, TABLE LINEN, PILLOW CASES, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: PANTS, MEN'S AND WOMEN'S BELTS INCLUDING LEATHER BELTS, NECKTIES, FUR CLOAKS, CAPS, COATS OF FABRIC AND LEATHER, JODHPURS, VESTS, SHORT JACKETS, JACKETS, SKIRTS, DRESSES, CAPES, TAILOR MADE ENSEMBLES COMPRISING JACKETS, BLAZERS OR WAISTCOATS WITH TROUSERS, SKIRTS OR DRESSES, SUITS, RAIN COATS, SHIRTS, GOLF SHIRTS, HATS, SCARVES, BLOUSES, SMOCKS, BATHROBES, DRESSING GOWNS, PAJAMAS, HOSIERY, SOCKS, BOOTS, SHOES, SLIPPERS AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GOLF BAGS, GOLF CLUBS, GOLF GLOVES, GOLF BALLS, GOLF BAG PEGS, GOLF PUTTERS, HEAD COVERS FOR GOLF CLUBS, HUNTING ARROW POINTS, HUNTING BLINDS, HUNTING BOWS, WATER FOWL HUNTING DECOYS, CROQUETTE SETS, BADMINTON SETS, BACKGAMMON SETS, BOARD GAMES, CARD GAMES AND PARLOW GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: SMOKING PIPES, CIGARETTE HOLDERS, CIGAR HOLDERS, CIGAR HUMIDORS, ASH TRAYS, NON-ELECTRIC CIGAR AND CIGARETTE LIGHTERS, CIGAR CASES AND CIGAR CUTTERS, ALL NOT MADE OF PRECIOUS METAL, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

OWNER OF FRANCE REG. NO. 96/635171, DATED 7-19-1996, EXPIRES 7-19-2006.

OWNER OF U.S. REG. NOS. 883,588, 2,093,984 AND OTHERS.

SER. NO. 75-401,754, FILED 12-8-1997.

LINDA E. BLOHM, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,866,641

**United States Patent and Trademark Office**

Registered July 27, 2004

## SERVICE MARK
### PRINCIPAL REGISTER



HERMES INTERNATIONAL (FRANCE COR-
  PORATION)
24, RUE FAUBOURG SAINT-HONORE
PARIS, FRANCE 75008

FOR: RETAIL STORE SERVICES IN THE FIELD
OF CLOTHING AND ACCESSORIES, NAMELY,
SCARVES AND TIES, BELTS, SHOES; BATH LINEN;
TABLEWARE; HANDBAGS, LUGGAGE AND LEA-
THER GOODS; FRAGRANCES, PERFUMERY PRO-
DUCTS, JEWELRY AND WATCHES; STATIONERY;
SMOKERS' ARTICLES; SPORTING GOODS AND
SADDLERY, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 12-5-1949; IN COMMERCE 12-5-1949.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "PARIS", APART FROM THE
MARK AS SHOWN.

THE MARK CONSISTS OF THE TERMS HERMES
PARIS AND A CARRIAGE DESIGN. THE BACK-
GROUND FOR THE MARK IS THE COLOR OR-
ANGE.

SER. NO. 78-213,394, FILED 2-11-2003.

M. E. BODSON, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,198,973

## United States Patent and Trademark Office

Registered Jan. 16, 2007

### SERVICE MARK
### PRINCIPAL REGISTER



HERMES INTERNATIONAL (FRANCE COR-
PORATION)
24, RUE DU FAUBOURG SAINT HONORÉ
F-75008 PARIS, FRANCE

FOR: COMPUTERIZED ONLINE RETAIL STORE
SERVICES IN THE FIELDS OF CLOTHING, FASH-
ION ACCESSORIES, PERSONAL CARE PRODUCTS,
BABY PRODUCTS AND TOYS, GAMES AND TOYS,
HOME, BATH, KITCHEN, TRAVEL WARES AND
ACCESSORIES, PAPER PRODUCTS, MONEY CLIPS
OF COMMON METAL, CUFFLINKS, LEASHES
AND NECKLACES FOR DOGS, IN CLASS 35 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 2-2-2002; IN COMMERCE 2-2-2002.

OWNER OF U.S. REG. NOS. 2,866,641, 3,036,117
AND OTHERS.

SER. NO. 78-896,310, FILED 5-30-2006.

KAELIE KUNG, EXAMINING ATTORNEY

Int. Cls.: 6, 14, 18, 25 and 26

Prior U.S. Cls.: 1, 2, 3, 12, 13, 14, 22, 23, 25, 27, 28, 37, 39, 40, 41, 42 and 50

## United States Patent and Trademark Office

Reg. No. 3,233,558
Registered Apr. 24, 2007

### TRADEMARK
### PRINCIPAL REGISTER



HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS)
24, RUE DU FAUBOURG SAINT-HONORÉ
F-75008 PARIS
FRANCE

FOR: METAL FASTENERS FOR BAGS, METAL FASTENERS FOR LEATHERWARE AND GOODS MADE OF IMITATION LEATHER, NAMELY WAL-LETS, LEATHER PURSES, CARD CASES, BRIEF-CASES, LEATHER KEY CASES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: BELT BUCKLES OF PRECIOUS METAL; JEWELLERY, NAMELY NECKLACES, BRACE-LETS, RINGS, EARRINGS, PENDANTS, BROO-CHES, PRECIOUS STONES, PRECIOUS METALS AND THEIR ALLOYS OTHER THAN FOR DENTAL USE; PRECIOUS METAL ASHTRAYS FOR SMO-KERS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, WATCHES AND THEIR COMPO-NENTS, WATCH BANDS, WATCH CLASPS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATION LEATHER GOODS, NAMELY, BAGS, HANDBAGS AND TRA-VELING BAGS, RUCKSACKS, BEACH BAGS, LEA-THER AND MESH SHOPPING BAGS, WALLETS, LEATHER PURSES, CARD CASES FOR BUSINESS CARDS, CALLING CARDS AND CREDIT CARDS, BRIEFCASES, LEATHER KEY CASES, TRUNKS

AND VALISES, LEATHER TOILETRY BAGS SOLD EMPTY, VANITY CASES SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR MEN AND WOMEN, NAMELY BOOTS, SHOES AND SLIPPERS; FASH-ION CLOTHING ACCESSORIES FOR MEN AND WOMEN, NAMELY HEADWEAR, GLOVES, NECK-TIES, BELTS, SCARVES, SASHES FOR WEAR, SHOES AND STOCKINGS, BRACES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: BELT CLASPS, BELT BUCKLES NOT OF PRECIOUS METAL, FASTENINGS FOR CLOTH-ING, NAMELY, HOOKS, CLASPS, BUCKLES FOR FOOTWEAR, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

PRIORITY DATE OF 3-14-2005 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0866765 DATED 9-13-2005, EXPIRES 9-13-2015.

OWNER OF U.S. REG. NO. 1,806,108.

SER. NO. 79-017,060, FILED 9-13-2005.

KRISTINA KLOIBER, EXAMINING ATTORNEY

Int. Cls.: **6, 14, 18, 25 and 26**

Prior U.S. Cls.: **1, 2, 3, 12, 13, 14, 22, 23, 25, 27, 28, 37, 39, 40, 41, 42 and 50**

Reg. No. 3,233,557

## United States Patent and Trademark Office

Registered Apr. 24, 2007

## TRADEMARK
### PRINCIPAL REGISTER



HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS)
24, RUE DU FAUBOURG SAINT-HONORÉ
F-75008 PARIS
FRANCE

FOR: METAL FASTENERS FOR BAGS, METAL FASTENERS FOR LEATHER AND IMITATION LEATHER GOODS, NAMELY WALLETS, LEATHER PURSES, CARD CASES, BRIEFCASES, LEATHER KEY CASES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: BELT BUCKLES OF PRECIOUS METAL; JEWELLERY, NAMELY NECKLACES, BRACE-LETS, RINGS, EARRINGS, PENDANTS, BROO-CHES, PRECIOUS STONES, PRECIOUS METALS AND THEIR ALLOYS OTHER THAN FOR DENTAL USE; PRECIOUS METAL ASHTRAYS FOR SMO-KERS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, WATCHES AND THEIR COMPO-NENTS, WATCH BANDS, WATCH CLASPS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATION LEATHER GOODS, NAMELY, BAGS, HANDBAGS AND TRA-VELING BAGS, RUCKSACKS, BEACH BAGS, LEA-THER AND MESH SHOPPING BAGS, WALLETS, LEATHER PURSES, CARD CASES FOR BUSINESS CARDS, CALLING CARDS AND CREDIT CARDS, BRIEFCASES, LEATHER KEY CASES, TRUNKS AND VALISES, LEATHER TOILETRY BAGS SOLD EMPTY, VANITY CASES SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR MEN AND WOMEN, NAMELY BOOTS, SHOES AND SLIPPERS; FASH-ION CLOTHING ACCESSORIES FOR MEN AND WOMEN, NAMELY HEADWEAR, GLOVES, NECK-TIES, BELTS, SCARVES, SASHES FOR WEAR, SHOES AND STOCKINGS, BRACES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: BELT CLASPS, BELT BUCKLES NOT OF PRECIOUS METAL, FASTENINGS FOR CLOTH-ING, NAMELY, HOOKS, CLASPS, BUCKLES FOR FOOTWEAR, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

PRIORITY DATE OF 3-14-2005 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0866763 DATED 9-13-2005, EXPIRES 9-13-2015.

OWNER OF U.S. REG. NO. 1,806,108.

SER. NO. 79-017,059, FILED 9-13-2005.

KRISTINA KLOIBER, EXAMINING ATTORNEY

Int. Cls.: **6, 8, 14, 16, 18, 21, 24, 25, 26, 28 and 34**

Prior U.S. Cls.: **1, 2, 3, 5, 8, 9, 12, 13, 14, 17, 22, 23, 25, 27, 28, 29, 30, 33, 37, 38, 39, 40, 41, 42, 44 and 50**

Reg. No. 3,348,789

# United States Patent and Trademark Office

Registered Dec. 4, 2007

## TRADEMARK
### PRINCIPAL REGISTER



HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS)
24, RUE DU FAUBOURG SAINT-HONORÉ
F-75008 PARIS
FRANCE

FOR: METAL LOCKS FOR BAGS, METAL FASTENERS FOR LEATHER OR IMITATION LEATHER GOODS, NAMELY, FOR WALLETS, LEATHER PURSES, CARD WALLETS, BRIEFCASES AND FOR LEATHER KEY CASES; METAL BANKNOTE CLIPS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: NON-ELECTRIC CUTLERY, FORKS AND SPOONS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: BELT BUCKLES OF PRECIOUS METAL, JEWELRY, NAMELY, NECKLACES, BRACELETS, RINGS, EARRINGS, PENDANTS, BROOCHES, BADGES MADE OF PRECIOUS METAL, CUFF-LINKS, CHARMS, BANKNOTE CLIPS OF PRECIOUS METAL, TIEPINS AND PRECIOUS GEMSTONES, PRECIOUS METALS AND THEIR ALLOYS EXCEPT FOR DENTAL USE; GOODS MADE AND/OR PLATED OF PRECIOUS METALS AND THEIR ALLOYS, NAMELY, CANDLESTICKS, VASES, ASHTRAYS FOR SMOKERS, CIGARETTE LIGHTERS, CIGAR AND CIGARETTE BOXES AND CASES, CIGAR AND CIGARETTE HOLDERS, CASKETS, JEWELRY CASES, PURSES, POWDER COMPACTS, TIMEPIECES AND CHRONOMETRIC INSTRUMENTS, WATCHES AND THEIR COMPONENTS, WATCH STRAPS, WATCH CLASPS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PHOTOGRAPH ALBUMS, PAPER, CARDBOARD AND GOODS MADE OF THESE MATERIALS, NAMELY, BOXES, BAGS AND POUCHES, WRAPPING PAPER, STATIONERY, CHEQUE BOOK HOLDERS AND DECORATIVE PATTERNED STICKERS AND DECALS FOR CHEQUE BOOK HOLDERS, EMBROIDERY DESIGN PATTERNS, STICKERS, AND DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER OR IMITATION LEATHER GOODS, NAMELY, HANDBAGS, TRAVELING BAGS, RUCKSACKS, BEACH BAGS, SHOPPING BAGS, WALLETS, LEATHER PURSES, CARD WALLETS, BRIEFCASES, LEATHER KEY CASES, LEATHER TRAYS FOR PINS AND COINS, TRUNKS AND SUITCASES, WASH BAGS FOR CARRYING TOILETRIES, SADDLERY AND BELTS IN THE NATURE OF SHOULDER STRAPS FOR HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: GLASSWARE FOR USE IN TABLE ART, NAMELY, DRINKING GLASSES, CARAFES, COUPES AND GLASS TABLEWARE, NAMELY BEVERAGE WARE, BOWLS AND PLATES; PORCELAIN ORNAMENTS AND SCULPTURES FOR USE AS TABLE ART; PORCELAIN TRAYS FOR PINS AND COINS; PORCELAIN TABLEWARE, NAMELY, BOWLS AND PLATES; EARTHENWARE FOR USE IN TABLE ART, NAMELY BOWLS AND PLATES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: SILK CLOTHS, WOVEN OR KNITTED FABRICS, TEXTILE FIBERS AND FABRICS FOR THE MANUFACTURE OF CLOTHING, BED LINENS, BED SPREADS, DUVETS, TABLECLOTHS NOT OF PAPER, TABLE LINENS, HANDKERCH-

IEFS, CURTAINS, HOUSEHOLD LINEN, BATH SHEETS, TOWELS, GUEST TOWELS, TEXTILE TABLE NAPKINS AND TABLE MATS NOT OF PAPER, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING FOR MEN AND WOMEN, NAMELY, T-SHIRTS, SWEATSHIRTS, SWEATERS, SHIRTS, TANK TOPS, PANTS, JEANS, SKIRTS, DRESSES, SHORTS, BLOUSES, JACKETS, JERSEYS, COATS, PARKAS, SCARVES, NECKTIES, UNDERGARMENTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: BELT CLASPS, BELT BUCKLES NOT OF PRECIOUS METAL; FASTENINGS FOR CLOTHING, SHOES AND BELTS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: PLAYING CARDS, CASES FOR PLAYING CARDS, BOARD GAMES, BEAKERS USED AS DICE CUPS, DICE, ROCKING HORSES, GOLF GLOVES, PLUSH TOYS, PUZZLES, PARLOUR GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: CASKETS, BOXES AND CASES FOR CIGARS AND CIGARETTES NOT OF PRECIOUS METAL, CIGAR CUTTERS, TOBACCO JARS NOT OF PRECIOUS METAL, SNUFF BOXES NOT OF PRECIOUS METAL; CIGARETTE LIGHTERS NOT OF PRECIOUS METAL; MATCHES, ASHTRAYS FOR SMOKERS NOT OF PRECIOUS METAL, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

PRIORITY DATE OF 12-5-2005 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0900015 DATED 5-29-2006, EXPIRES 5-29-2016.

OWNER OF U.S. REG. NOS. 3,233,557 AND 3,233,558.

SER. NO. 79-029,730, FILED 5-29-2006.

ADA HAN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,936,105**

**Registered Mar. 29, 2011**

HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS)
24 RUE DU FAUBOURG SAINT HONORD
F-75008 PARIS, FRANCE

**Int. Cl.: 18**

FOR: HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1986.

**TRADEMARK**

OWNER OF U.S. REG. NOS. 1,806,107 AND 2,447,392.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF THE CONFIGURATION OF A HANDBAG, HAVING RECTAN-
GULAR SIDES A RECTANGULAR BOTTOM, AND A DIMPLED TRIANGULAR PROFILE.
THE TOP OF THE BAG CONSISTS OF A RECTANGULAR FLAP HAVING THREE PROTRUD-
ING LOBES, BETWEEN WHICH ARE TWO KEYHOLE-SHAPED OPENINGS THAT SUR-
ROUND THE BASE OF THE HANDLES. OVER THE FLAP IS A HORIZONTAL RECTANGU-
LAR STRAP HAVING AN OPENING TO RECEIVE A PADLOCK EYE. A LOCK IN THE
SHAPE OF A PADLOCK FORMS THE CLASP FOR THE BAG AT THE CENTER OF THE
STRAP. THE BROKEN LINES IN THE DRAWING REPRESENT THE LOCATION OF THE
HANDLES AND ARE NOT PART OF THE MARK.

SEC. 2(F).

SER. NO. 76-700,120, FILED 10-29-2009.

LIEF MARTIN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office



**Reg. No. 3,939,358**

**Registered Apr. 5, 2011**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS)
24 RUE DU FAUBOURG SAINT HONORE
F-75008 PARIS, FRANCE

FOR: HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1955; IN COMMERCE 0-0-1973.

OWNER OF U.S. REG. NOS. 1,806,107 AND 2,447,392.

THE MARK CONSISTS OF THE CONFIGURATION OF A HANDBAG, HAVING TRAPEZOIDAL SIDES, A RECTANGULAR BOTTOM, AND A DIMPLED TRIANGULAR PROFILE. THE TOP OF THE BAG CONSISTS OF A RECTANGULAR FLAP HAVING A PROTRUDING RECTANGULAR CENTER PORTION THAT FITS BENEATH A HORIZONTAL RECTANGULAR STRAP HAVING AN OPENING TO RECEIVE A PADLOCK EYE. A LOCK IN THE SHAPE OF A PADLOCK FORMS THE CLASP FOR THE BAG AT THE CENTER OF THE STRAP. THE BROKEN LINES IN THE DRAWING REPRESENT THE LOCATION OF THE HANDLE AND FEET, AND ARE NOT PART OF THE MARK.

SEC. 2(F).

SER. NO. 76-700,119, FILED 10-29-2009.

LIEF MARTIN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,980,546**

**Registered June 21, 2011**

**Int. Cls.: 3, 6, 8, 9, 11, 12, 14, 15, 16, 18, 20, 21, 24, 25, 26, 28 and 34**

**TRADEMARK**

**PRINCIPAL REGISTER**



*David J. Kappos*

Director of the United States Patent and Trademark Office

HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS (SCA))
24, RUE DU FAUBOURG SAINT HONORE
75008 PARIS, FRANCE

FOR: PERFUME, TOILET WATER, PERFUMED WATER, ESSENTIAL OILS FOR PERSONAL USE, COSMETICS; MAKE-UP PRODUCTS, NAMELY, COSMETICS; HAIR AND BODY LOTIONS, SOAPS, DENTIFRICES, DEODORANTS FOR PERSONAL USE, TISSUES IMPREGNATED WITH COSMETIC LOTIONS, SHOWER GELS, SHAMPOOS, BEAUTY CREAMS FOR BODY USE, SHAVING CREAMS, AFTER-SHAVE LOTIONS, AFTER-SHAVE BALMS, COSMETIC PREPARATIONS FOR BATHS, COSMETIC CREAMS, LOTIONS FOR COSMETIC PURPOSES, NON-MEDICATED TOILETRIES, BLEACHING PREPARATIONS FOR LAUNDRY USE; CLEANING, POLISHING AND SCOURING PREPARATIONS; CLEANING PRODUCTS, NAMELY, CLEANING PREPARATIONS; OILS FOR CLEANING PURPOSES; LEATHER BLEACHING PREPARATIONS, POLISHING CREAMS, SHOE WAX; CREAMS FOR SHOES, CREAMS FOR LEATHER, SHOEMAKERS' WAX, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: METAL LOCKS FOR LEATHER BAGS AND POUCHES; METAL LOCKS FOR LEATHERWARE IN LEATHER OR IMITATION OF LEATHER, NAMELY, POCKET WALLETS, PURSES, CREDIT CARD CASES, BUSINESS CARD CASES, BRIEFCASES, KEY HOLDERS, CHECK-BOOK HOLDERS, PASSPORT HOLDERS, PHOTOGRAPH CASES AND TOILETRY BAGS SOLD EMPTY; BOXES OF COMMON METAL, METAL BOX FASTENERS, METAL BOTTLE CAPS AND CLOSURES, METAL DOORKNOBS, METAL PADLOCKS, FERRULES OF METAL FOR WALKING STICKS AND UMBRELLAS, METAL MONEY BOXES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: NON-ELECTRIC KNIVES, TABLE FORKS AND SPOONS, RAZORS, SILVER PLATED KNIVES, FORKS AND SPOONS, POCKET KNIVES, PENKNIVES, HUNTING KNIVES, SCISSORS; PRUNING SCISSORS, FLOWER CUTTERS, MANICURE AND PEDICURE SETS, PLIERS, SUGAR TONGS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES, NAMELY, DIGITAL RECORDERS AND MP3 PLAYERS; SPECTACLE CASES, SUNGLASSES, GOGGLES FOR SPORTS; SPECTACLES, BINOCULARS, CASES FOR BINOCULARS, TELESCOPES, PROTECTIVE HELMETS FOR SPORTS, RIDING HELMETS, USB KEY FOBS, ELECTRONIC AGENDAS, ELECTRONIC GAME SOFTWARE, MOUSE PADS, TEMPERATURE INDICATORS, GRADUATED RULERS, DIRECTIONAL COMPASSES,

**Reg. No. 3,980,546** MAGNIFYING GLASSES, DOG WHISTLES, MOBILE PHONES; TELEPHONE STRAPS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: FIXTURES FOR INCANDESCENT LIGHT BULBS, LED LIGHTING FIXTURES, LAMPS, ELECTRIC LAMPS, CHANDELIERS, STREET LAMPS, FLASHLIGHTS, LIGHTS FOR BICYCLES AND VEHICLES, LAMP SHADES, NIGHT LIGHTS, CEILING LIGHTS, TAPS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: BICYCLES AND PUSHCHAIRS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: PRECIOUS STONES; JEWELRY PRODUCTS, NAMELY, NECKLACES, BRACELETS, RINGS, EARRINGS, PENDANTS, BROOCHES, BADGES OF PRECIOUS METAL, CUFFLINKS, MEDALS, MEDALLIONS, CHARMS, TIE CLIPS, TIE PINS AND CHAINS; BOXES IN PRECIOUS METAL, JEWELRY CASES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES AND THEIR COMPONENT PARTS, WRISTWATCHES, CLOCKS, SMALL CLOCKS; CHRONOGRAPHS FOR USE AS TIMEPIECES, CHRONOMETERS, WATCH BANDS, WATCH CLASPS, CLOCK DIALS, WATCH CASES, WATCH CHAINS, MOVEMENTS FOR CLOCKS AND WATCHES, CASES FOR CLOCK AND WATCH-MAKING, JEWELRY CASES, CASES FOR WATCHES, KEY RINGS OF PRECIOUS METAL; SCARF RINGS; POUCHES AND BOXES FOR JEWELRY AND WATCHES NOT OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: MUSIC BOXES, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: PAPER, CARDBOARD, NAMELY, BOXES; BAGS AND SACKS, NAMELY, PAPER BAGS AND PAPER AND CARDBOARD SACKS; ENVELOPES; PAPER POUCHES FOR PACKAGING; WRAPPING PAPER, PHOTOGRAPH ALBUMS AND SCRAPBOOK ALBUMS, STATIONERY WRITING PAPERS AND ENVELOPES, DOCUMENT FILES, AGENDAS, ALMANACS, TEAR-OFF CALENDARS, STATIONERY PADS, DRAWING PADS, WRITING PAPER, WRITING BOOKS, CALENDARS, NOTE BOOKS, FILE FOLDERS; PENCIL LEAD HOLDERS, PENCIL LEADS, PENCILS, PENCILS HOLDERS, FOUNTAIN PENS, FELT-TIP PENS, PENHOLDERS, DRAWING PENS, PEN NIBS, PEN CASES, PASTEL CRAYONS, PENCIL CASES; DRAWING SETS, COMPRISED OF PAPER, PENCILS, PADS, PENS; PENCIL CUPS, ANNOUNCEMENT CARDS, INDEX CARDS, GLUES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY, PAINT BRUSHES, PAINTING SETS FOR CHILDREN, PAINT TRAYS, ARTS AND CRAFT PAINT KITS, ARTS AND CRAFT CLAY KITS, CHALK, MOULDS FOR MODELING CLAYS, PAINTERS' EASELS, CANVAS FOR PAINTING, PALETTES FOR PAINTERS, PAINT BOXES FOR SCHOOL PURPOSES, DRAWINGS, DRAWING INSTRUMENTS, PAPER-CLIPS; INSTRUCTIONAL AND TEACHING MATERIAL, NAMELY, BOOKS AND PAMPHLETS IN THE FIELD OF WEARING APPAREL, SHOES, HANDBAGS, WATCHES, PERFUME, LEATHER ACCESSORIES, HOME FURNISHINGS, SADDLERY AND CULTURAL EVENTS; PLASTICS FOR PACKAGING NOT INCLUDED IN OTHER CLASSES, NAMELY, BAGS AND SACKS FOR PACKAGING PURPOSES; PLASTIC FILM NOT FOR COMMERCIAL OR INDUSTRIAL PURPOSES; PLASTIC SHEETS FOR WRITING, PRINTING AND MARKING, CHECK-BOOK HOLDERS, EMBROIDERY DESIGN PATTERNS, GRAPHIC ART REPRODUCTIONS, PHOTOGRAPHS, PHOTOGRAPH STANDS, ENGRAVINGS, PHOTO-ENGRAVINGS, PICTURES, PORTRAITS, POSTERS; LITHOGRAPHS; BOOKLETS, MANUALS, CATALOGUES, PAMPHLETS, PERIODICALS, MAGAZINES IN THE FIELD OF WEARING APPAREL, SHOES, HANDBAGS, WATCHES, PERFUME, LEATHER ACCESSORIES, HOME FURNISHINGS, SADDLERY AND CULTURAL EVENTS; POSTAL CARDS, MUSICAL GREETING CARDS, MONEY CLIPS, PAPER KNIVES, TABLE LINEN OF PAPER, TABLECLOTHS OF PAPER, TABLE NAPKINS OF PAPER, PLACE MATS OF PAPER, TABLE MATS OF PAPER, COASTERS OF PAPER, BIBS OF PAPER, HANDKERCHIEFS OF PAPER, FLOWER-POT COVERS OF PAPER, BOOKENDS, BOOK-MARKERS, PASSPORT HOLDERS, WRITING PADS, HAT BOXES OF CARDBOARD; COVER BOOKS IN THE NATURE OF BOOK COVERS; LETTER TRAYS; ENGRAVED WORKS OF ART IN THE NATURE OF PRINT ENGRAVINGS; LITHOGRAPHIC WORKS OF ART, ATLASES; CARDBOARD ARTICLES, NAMELY, BOXES, BAGS AND POUCHES FOR

**Reg. No. 3,980,546**   PACKAGING PURPOSES; FOLDERS FOR PAPER, CHROMOLITHOGRAPHS, PATTERNS FOR MAKING CLOTHES, FLAGS OF PAPER, DRAWING SHIELDS; WRITING MATERIALS, NAMELY, PAPER AND PENS; WRITING INSTRUMENTS, PLACARDS OF PAPER OR CARDBOARD; LABELS NOT OF TEXTILE, NAMELY, PAPER LABELS; PAPER BOWS FOR WRAPPING, PAPERWEIGHTS, ENGRAVING PLATES, DRAWING BOARDS, BLUEPRINTS, STENCIL PLATES, DRAWING RULERS, COLORING BOOKS, RUBBER ERASERS, BIRTH BOOKS, STICKERS; AGENDA COVERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATER-IALS, NAMELY, HANDBAGS, TRAVELLING BAGS, RUCKSACKS, SCHOOL SATCHELS AND SCHOOL BAGS, BEACH BAGS; SHOPPING BAGS MADE OF CANVAS, LEATHER AND TEXTILE; GARMENT TRAVEL BAGS, BAGS FOR SPORT, CHANGING BAGS FOR BABIES, RETICULES, WHEELED BAGS, SLING BAGS FOR CARRYING CHILDREN, POCKET WALLETS, PURSES IN LEATHER, CREDIT CARD CASES, BUSINESS CARD CASES, ATTACHÉ CASES, BRIEFCASES, KEY CASES IN LEATHER, TRUNKS AND SUITCASES, TRAVELLING TRUNKS, TOILETRY BAGS SOLD EMPTY, LEATHER SACKS AND POUCHES, SADDLERY, SADDLE TREES, BRIDLES, BRIDOONS, LEATHER STRAPS FOR SADDLERY PURPOSES, REINS, HORSESHOES, COLLARS FOR HORSES, STIRRUPS, PARTS OF RUBBER FOR STIRRUPS, STIRRUP LEATHERS, HARNESS FOR HORSE, HORSE HALTERS, FASTENINGS FOR SADDLES, BANDS OF LEATHER, STRAP SHOULDER BELTS OF LEATHER, KNEE-PADS FOR HORSES, HORSE BLINKERS, HORSE BLANKETS, COVERS FOR HORSE SADDLES, PADS FOR HORSE SADDLES, WHIPS, CAT O' NINE TAILS, BOXES SPECIALLY ADAPTED FOR HORSE SADDLES, SADDLES FOR HORSES, BITS FOR ANIM-ALS, HARNESS FITTINGS, BOXES IN LEATHER OR IN LEATHER BOARD, HAT BOXES IN LEATHER, PARASOLS, UMBRELLAS, UMBRELLA RINGS, UMBRELLA COVERS, WALKING STICKS, SUITCASE HANDLES, COLLARS FOR ANIMALS, LEASHES FOR ANIMALS, MUZZLES, COATS FOR ANIMALS, ANIMAL BAGS IN THE NATURE OF FEED BAGS FOR ANIMALS, BAGS MADE OF ANIMAL SKIN; ANIMAL HARNESSES, ANIMAL SKINS, CARRY-ALL BAGS FOR CAMPERS, LEATHER ANIMAL LEASHES, DECORATIVE TWISTS OF LEATHER FOR TRIMMING GOODS MADE OF LEATHER; TRIMMINGS OF LEATHER FOR FURNITURE, HUNTING GAME BAGS; BAGS IN THE NATURE OF ENVEL-OPES AND POUCHES OF LEATHER FOR PACKAGING; UNFITTED VANITY CASE MADE OF TEXTILE; CHANGING BAGS FOR BABIES MADE OF TEXTILE; UNFITTED FURNITURE COVERING OF LEATHER; SMALL BOXES OF LEATHER FOR STORAGE OF PINS AND COINS; SHAVING CASES SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE, PICTURE FRAMES, MOLDINGS FOR PICTURE FRAMES; CHESTS FOR TOYS, NON-METAL BINS, CUSHIONS, DECORATIVE MOBILES, WIND CHIMES, MAT-TRESSES, PET CUSHIONS, BEDS FOR HOUSEHOLD PETS, BOXES AND CASES OF WOOD AND PLASTIC; CORKS FOR BOTTLES, BOTTLE CAPS NOT OF METAL; HIGH CHAIRS FOR BABIES, PLAYPENS FOR BABIES, MATS FOR INFANT PLAYPENS, COTS, COAT HANGERS, KNIFE HANDLES NOT OF METAL, MIRRORS, HANDHELD MIRRORS, SILVERED GLASS FOR USE AS A MIRROR; FURNITURE, TABLE TOPS, UMBRELLA STANDS, BOOK RESTS, MAGAZINE RACKS, HAT STANDS, SEATS, EASY CHAIRS, ARMCHAIRS, SETTEES, DIVANS, FOOTSTOOLS, SOFAS, FURNITURE IN THE NATURE OF POUFS, FURNITURE HEAD-RESTS, BEDS, CUPBOARDS, BENCHES, SCREENS, DOORS FOR FURNITURE, WRITING DESKS, PLATE RACKS, FURNITURE IN THE NATURE OF SHOWCASES, LIBRARY SHELVES, COAT STANDS, BEDSTEADS OF WOOD, FURNITURE PARTITIONS OF WOOD, SIDEBOARDS, DINNER WAGONS, INDEX CABINETS, TABLES, DRESSING TABLES, CHESTS OF DRAWERS, DESKS; WORKS OF ART OF WOOD, WAX, PLASTER AND PLASTIC; BUSTS, FIGURINES AND STATUES OF WOOD, WAX, PLASTER AND PLASTIC; COSTUME STANDS, EMBROIDERY FRAMES, KEY BOARDS FOR HANGING KEYS; COAT HOOKS NOT OF METAL, CLOTHES HOOKS NOT OF METAL, DISPLAY BOARDS, NON-ELECTRIC FANS FOR PERSONAL USE, FURNITURE AND DOOR KNOBS NOT OF METAL; NEWSPAPER DISPLAY STANDS, LETTER BOXES NOT OF METAL OR MASONRY, DOOR HANDLES NOT OF METAL, DISPLAY STANDS, INDOOR WINDOW BLINDS; WICKERWORK, NAMELY, CHAIRS, TABLES AND BOXES; BOTTLE

**Reg. No. 3,980,546**   RACKS; TEXTILE WINDOW BLINDS; SLEEPING BAGS; PLASTIC FLAGS; FITTED FUR-
NITURE COVERING OF LEATHER, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: COMBS, CLEANING SPONGES, COMB AND BRUSH CASES; BRUSHES, NAMELY,
HAIR BRUSHES, BATH BRUSHES, COSMETIC BRUSHES, CLOTHES BRUSHES; BRUSH-
MAKING MATERIALS; UNWORKED OR SEMI-WORKED GLASS, EXCEPT GLASS USED
IN BUILDING; GLASSWARE FOR TABLE USE, NAMELY, DRINKING GLASSES, GOBLETS
AND CARAFES; TABLEWARE, NAMELY, DISHES, PLATES, BOWLS, VEGETABLE DISHES,
TEACUPS, COFFEE CUPS, SALAD BOWLS, SOUP BOWLS, SAUCERS, SUGAR BOWLS,
EGG CUPS AND FRUIT BOWLS; PORCELAIN WARE FOR TABLE USE, NAMELY, BOWLS
AND PLATES; EARTHENWARE FOR TABLE USE, NAMELY, BOWLS AND PLATES; IN-
SULATED BAGS FOR FOOD OR BEVERAGE OR DOMESTIC USE; TOILET BRUSHES,
TOILET SPONGES; TOILET CASES, NAMELY, FITTED VANITY CASES; UTENSILS FOR
TOILET PURPOSES, NAMELY, HAIR BRUSHES, TOOTHBRUSHES, NAIL BRUSHES AND
COMBS; UTENSILS FOR COSMETIC PURPOSES, NAMELY, HAIR BRUSHES, TOOTH-
BRUSHES, NAIL BRUSHES AND COMBS; FLOWER-POT COVERS NOT OF PAPER, JUGS,
DEMIJOHNS, CANDY BOXES, ICE BUCKETS, EPERGNES, CUPS, COFFEEPOTS AND
TEAPOTS NON-ELECTRIC; DRINKING GLASSES IN THE NATURE OF TUMBLERS; DISH
COVERS, CUPS, CHOPSTICKS, BUTTER DISHES, NON-ELECTRIC HEATERS FOR FEEDING
BOTTLES, COOKIE JARS, SOAP BOXES, TEA AND COFFEE CADDIES, BOXES OF METAL
FOR DISPENSING PAPER TOWELS, BOXES OF GLASS, GLASS STOPPERS, CORKSCREWS,
NON-ELECTRIC CANDELABRA, BOTTLES SOLD EMPTY, BOTTLE OPENERS,
DOORKNOBS OF PORCELAIN, PERFUME BURNERS, COASTERS NOT OF PAPER AND
OTHER THAN TABLE LINEN, MENU CARD HOLDERS, FOOD BASKETS FOR DOMESTIC
USE, KNIFE RESTS FOR THE TABLE, CRYSTAL DRINKING GLASSES AND BOWLS,
MIXING SPOONS, TOOTHPICK HOLDERS, TRIVETS, SPICE RACKS, SPONGE HOLDERS;
WORKS OF ART OF PORCELAIN, TERRA-COTTA AND GLASS; BUSTS, FIGURINES AND
STATUES OF PORCELAIN, TERRA-COTTA AND GLASS; FLOWER POTS, HOLDERS FOR
FLOWERS AND PLANTS, GARDENING GLOVES, PORTABLE NON-ELECTRIC COLD
BOXES; VEGETABLE DISHES, NAMELY, SERVING PLATTERS; LIQUEUR SETS, NAMELY,
DRINKING GLASSES AND ICE BUCKETS; MOSAIC OF GLASS, NOT FOR BUILDING;
FITTED PICNIC BASKETS INCLUDING DISHES; FLASKS, PERFUME VAPORIZERS SOLD
EMPTY; PIE SERVERS, TRAYS FOR DOMESTIC PURPOSES, PEPPER POTS, SALT CEL-
LARS, SOAP HOLDERS, NAPKIN HOLDERS, TOWEL RAILS AND RINGS; POTS, POT LIDS,
POWDER COMPACTS, NAPKIN RINGS, VASES; ANIMAL COMBS, FEEDING TROUGHS
FOR ANIMALS, CURRY COMBS; SHOE HORNS BRUSHES FOR FOOTWEAR, SHOE TREES;
PIGGY BANKS, NOT OF METAL; HEAT-INSULATED CONTAINERS FOR FOOD OR
BEVERAGE FOR DOMESTIC USE, INSULATING FLASKS, REFRIGERATING BOTTLES;
MANUAL MIXERS IN THE NATURE OF COCKTAIL SHAKERS; SMALL TRAYS MADE
OF TEXTILE FOR CONTAINING PINS AND COINS; TRAYS NOT OF METAL; SMALL
LEATHER TRAYS FOR PINS AND COINS; BRUSHES FOR HORSES; WICKER BASKETS
FOR DOMESTIC USE, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: SILK CLOTHS; WOVEN, NON-WOVEN OR KNITTED FABRICS FOR THE MANUFAC-
TURE OF CLOTHING; BED AND TABLE BLANKETS, CURTAINS MADE OF TEXTILE OR
MADE OF PLASTIC; HOUSEHOLD LINEN, FABRIC TABLE RUNNERS, COVERS FOR
CUSHIONS, BEDSPREADS, BED LINEN, BED SHEETS, BATH SHEETS, FACE TOWELS,
WASHING MITTS, GUEST TOWELS, TABLE LINEN NOT OF PAPER, TABLE NAPKINS
OF TEXTILE, PLACE MATS NOT MADE OF PAPER, HANDKERCHIEFS MADE OF TEXTILE;
LABELS OF CLOTH, BOXES MADE OF TEXTILE, UPHOLSTERY FABRICS, TRACED
CLOTHS FOR EMBROIDERY, CLOTH COASTERS, FABRIC FOR BOOTS AND SHOES,
TRAVELLING RUGS, BED COVERS; LININGS, NAMELY, TEXTILE USED AS LINING FOR
CLOTHING, LINEN LINING FABRIC FOR SHOES; CLOTH FLAGS, LINGERIE FABRIC;
TAPESTRY MADE OF TEXTILE, TABLECLOTHS NOT OF PAPER, TABLEMATS NOT OF
PAPER, THROWS; BAGS SPECIALLY ADAPTED FOR TRAVELLING RUGS; MOLE SKIN;
SMALL BOXES OF TEXTILE FOR STORAGE OF PINS AND COINS; COVERS OF TEXTILE
FOR STORING CLOTHING, NAMELY, SUITS AND DRESSES, IN CLASS 24 (U.S. CLS. 42
AND 50).

**Reg. No. 3,980,546**

FOR: PAJAMAS, DRESSING GOWNS, NIGHTDRESSES, SHORTS, TANK TOPS, JEANS, SWEATSHIRTS, JUMPSUITS, SWIMWEAR, HOSIERY, LAYETTES, PAREOS, APRONS, PANTS, BATHING TRUNKS, BATHING SUITS, OVERALLS, BOAS, TEDDIES, PULLOVERS, SWEATERS, WAISTCOATS, SHIRTS, SHIRT YOKES, SHIRT FRONTS, JUMPERS, COLLARS; UNDERWEAR, BREECHES FOR WEAR, UNDERPANTS, SARIS, T-SHIRTS, TROUSERS, JACKETS, SUITS, UNIFORMS, COATS; WATERPROOF JACKETS AND PANTS, OVER-COATS, PARKAS, SKIRTS, DRESSES, BOOTS, HALF-BOOTS, ESPARTO SHOES, BEACH SHOES, WOODEN SHOES, SPORT SHOES, SLIPPERS, SHOES, BATH SANDALS, BOOT UPPERS, HATS, CAPS, TOP HATS, GLOVES, MITTENS, TIES, BELTS, MONEY BELTS, SCARVES, ASCOTS, POCKET SQUARES, SASHES, SHAWLS, STOCKINGS, SOCKS, TIGHTS, SUSPENDERS, BIBS NOT OF PAPER, HEADBANDS, FUR STOLES; FURS, NAMELY, STOLES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: BUTTONS, ARTIFICIAL FLOWERS, SHOE FASTENERS; FASTENINGS FOR CLOTHING IN THE NATURE OF EYELETS, BUTTONS, HOOKS; SEWING BOXES, CLOTHING BUCKLES, SHOE BUCKLES, SNAP FASTENERS, FASTENINGS FOR SUSPEND-ERS, CLOTHING BROOCHES, BELT CLASPS, HAT ORNAMENTS NOT OF PRECIOUS METAL, SHOE HOOKS, SHOE EYELETS, SHOE ORNAMENTS NOT OF PRECIOUS METAL, HAIR ORNAMENTS, HAIR PINS, BARRETTES, ZIP FASTENERS, SLIDE LOCK FASTENERS FOR BAGS; FITTINGS OF METAL FOR SHOES AND BOOTS, NAMELY, BUCKLES, EYE-LETS AND ORNAMENTS NOT OF PRECIOUS METAL, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: DECORATIONS FOR CHRISTMAS TREES, PLAYING CARDS, PLAYING CARD CASES AND BOXES, MATS FOR POKER TABLES, PLAY MATS CONTAINING INFANT TOYS, PLAY MATS FOR USE WITH TOY VEHICLES, AND PUTTING PRACTICE MATS, BOARD GAMES, COUNTERS FOR GAMES, CUPS FOR DICE, GAME DICE, TOY ROCKING HORSES, INFANT RATTLES, PLUSH TOYS, TEDDY BEARS, JIGSAW PUZZLES, PARLOR GAMES, BALLS FOR GAMES, PLAY BALLOONS, MUSICAL TOY MOBILES AND TOY MOBILES, BUILDING GAMES, DARTS, DART BOARDS, DOMINOES, CHESS GAMES, CHESSBOARDS, GOLF GLOVES AND BATTING GLOVES, GOLF GLOVES, GOLF BAGS WITH OR WITHOUT WHEELS, GOLF CLUBS, BAGS SPECIALLY ADAPTED FOR SPORT RACKETS, PET TOYS, DOLLS, DOLLS' CLOTHES, DOLLS' HOUSES, PUPPETS, TOY VEHICLES, CHILD ACTIVITY MATS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MATCHES, MATCH BOXES, CIGAR BOXES, CIGARETTE BOXES, LIGHTERS FOR SMOKERS, ASHTRAYS FOR SMOKERS, CIGAR AND CIGARETTE CASES, CIGAR CUT-TERS, TOBACCO JARS, SNUFF BOXES NOT OF PRECIOUS METAL, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 093697055, FILED 12-8-2009, REG. NO. 093697055, DATED 12-8-2009, EXPIRES 12-8-2019.

OWNER OF U.S. REG. NOS. 368,785, 370,082 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PARIS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF TWO CONCENTRIC CIRCLES WHICH CONTAIN THE WORDS "HERMÈS PARIS" IN A CIRCULAR FASHION WITH TWO DIAMONDS SEPARATING THE WORDS.

SER. NO. 85-054,659, FILED 6-4-2010.

HEATHER BIDDULPH, EXAMINING ATTORNEY