UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL, and HERMÈS OF PARIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE 1, A/K/A LI HUA A/K/A YAO DONG, ET AL., <br><br> Defendants, | 12 Civ. 1623 <br><br> AFFIDAVIT OF SERVICE BY EMAIL |

STATE OF NEW YORK, }
COUNTY OF NEW YORK } s.s.:

I, Jeremy Botwinick, being duly sworn, depose and state;

I am a licensed process server bearing license number 1227721. At the request of the law firm of Gioconda Law Group PLLC, I was asked to email the named defendants in this matter with the following documents: Summons in a Civil Action, Civil Cover Sheet, Rule 7.1 Disclosure Statement, Declaration of Robert Chavez, Esq., Complaint, Exhibits 1-11, Temporary Restraining Order, Memorandum of Law in Support of Plaintiffs' Motion for an Ex Parte Temporary Restraining Order.

On March 8th, 2012 at 5:08 PM EST I served said documents by emailing the email addresses listed in Exhibit A of this Affidavit of Service by Email.

Jeremy Botwinick
License #:1227721

Sworn to before me on
March 16th, 2012

Notary Public

HE YI WENG
Notary Public, State of New York
No. 01WE6178606
Qualified in Kings County
Commission Expires Dec. 03, 2015

Serving By Irving, Inc.| 233 Broadway, Suite 2201| New York, NY 10279

# Exhibit A – List of Email Addresses

## Hermès International and Hermès of Paris, Inc. v. John Doe 1 a/k/a Li Hua, et al., 12 CIV. 1623 (SDNY)

JOHN DOE 1:

lihuaailidas@126.com;
hermesbagsoutlet.org@gmail.com;
abcdefg@qq.com;
asd@23.com;
www.hermesbirkinbags.org@gmail.com;
hermesbagss.org@gmail.com;
wwwhermeshandbagoutletorg@gmail.com;

JOHN DOE 2:

diandian101@gmail.com;
laura@163.com;
chicken23@163.com;
amw23@gmail.com;

JOHN DOE 3:

sales@hermesoutletbags.com;
32uyade@324.com;
sales@hermeshandbags-outlet.net;
sales@hermeskellyoutlet.com;
sales@hermesoutletbags.net;
hermesoutletbags@gmail.com;
admin@jidggg.com;
sales@hermesoutlethandbags.com;
hermesoutletbags@gmail.com;
sales@hermesoutletsale.com;

JOHN DOE 4:

admin@qq.com;
cheapluxurystore.com; @gmail.com;

Hermesoutletshop.info@domainsbyproxy.com;
cheapluxurystore.com; @gmail.com;

JOHN DOE 5:
afei@afei.com;
wwwhermesbagsoutletorg@gmail.com;
wwwtiffanyandcooutletnet@gmail.com;
1473045893@qq.com;
sales@myhermesstore.com;

JOHN DOE 6:

8989@hermesbagsoutlet.net;
Hermesoutlets@hotmail.com;
iuioui@dehermeshandbags.com;

JOHN DOE 7:

tech@outlet-ehermes.com; ;
designer-bags@live.com;

JOHN DOE 8:

780115024@qq.com;