UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL, and HERMÈS OF PARIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE 1, A/K/A LI HUA A/K/A YAO DONG, ET AL., <br><br> Defendants, | 12 Civ. 1623 <br><br> AFFIDAVIT OF SERVICE BY EMAIL |

STATE OF NEW YORK,   }
COUNTY OF NEW YORK } s.s.:

I, Jeremy Botwinick, being duly sworn, depose and state;

I am a licensed process server bearing license number 1227721. At the request of the law firm of Gioconda Law Group PLLC, I was asked to email the named defendants in this matter with the following document: Preliminary Injunction.

On March 23rd, 2012 at 4:58 PM EST I served said document by emailing the email addresses listed in Exhibit A of this Affidavit of Service by Email.

Jeremy Botwinick
License #:1227721

Sworn to before me on
March 26th, 2012

Notary Public

Gabriela Galindo
Notary Public, State of New York
No. 01GA6187899
Qualified in Queens County
Commission Expires 6/02/2012

Serving By Irving, Inc.| 233 Broadway, Suite 2201| New York, NY 10279

# Exhibit A – List of Email Addresses

## Hermès International and Hermès of Paris, Inc. v. John Doe 1 a/k/a Li Hua, et al., 12 CIV. 1623 (SDNY)

JOHN DOE 1:

lihuaailidas@126.com;
hermesbagsoutlet.org@gmail.com;
abcdefg@qq.com;
asd@23.com;
www.hermesbirkinbags.org@gmail.com;
hermesbagss.org@gmail.com;
wwwhermeshandbagoutletorg@gmail.com;

JOHN DOE 2:

diandian101@gmail.com;
laura@163.com;
chicken23@163.com;
amw23@gmail.com;

JOHN DOE 3:

sales@hermesoutletbags.com;
32uyade@324.com;
sales@hermeshandbags-outlet.net;
sales@hermeskellyoutlet.com;
sales@hermesoutletbags.net;
hermesoutletbags@gmail.com;
admin@jidggg.com;
sales@hermesoutlethandbags.com;
hermesoutletbags@gmail.com;
sales@hermesoutletsale.com;

JOHN DOE 4:

admin@qq.com;
cheapluxurystore.com; @gmail.com;

Hermesoutletshop.info@domainsbyproxy.com;
cheapluxurystore.com; @gmail.com;

JOHN DOE 5:
afei@afei.com;
wwwhermesbagsoutletorg@gmail.com;
wwwtiffanyandcooutletnet@gmail.com;
1473045893@qq.com;
sales@myhermesstore.com;

JOHN DOE 6:

8989@hermesbagsoutlet.net;
Hermesoutlets@hotmail.com;
iuioui@dehermeshandbags.com;

JOHN DOE 7:

tech@outlet-ehermes.com; ;
designer-bags@live.com;

JOHN DOE 8:

780115024@qq.com;