**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| HERMÈS INTERNATIONAL, and HERMÈS OF PARIS, INC., | : | |
| | : | |
| Plaintiffs, | : | Civil Action |
| | : | |
| v. | : | No.: 12 Civ. 1623 |
| | : | |
| JOHN DOE 1 A/K/A LI HUA A/K/A | : | **JUDGE COTE** |
| YAO DONG; JOHN DOE 2 A/K/A | : | |
| HAO DA TOU A/K/A DA TOU LI | : | **MOTION FOR ENTRY OF DEFAULT** |
| A/K/A HUWEISHENG | : | **JUDGMENT AGAINST ALL** |
| A/K/A GOU YI LU; | : | **DEFENDANTS** |
| JOHN DOE 3 A/K/A LUOXIAOBO | : | |
| A/K/A LIU MIAN A/K/A ZHEN | : | |
| HONGXING A/K/A LIANGGUILIN | : | |
| A/K/A LUO DA YOU A/K/A GAOHONG; | : | |
| JOHN DOE 4 A/K/A JIU MA; | : | |
| JOHN DOE 5 A/K/A CHEN YIBIN | : | |
| A/K/A LEONA WANGQIANG; | : | |
| JOHN DOE 6 A/K/A IAAI A/K/A | : | |
| JKUOIU; | : | |
| JOHN DOE 7 A/K/A XIN HONG; | : | |
| JOHN DOE 8 A/K/A ZHENG RUISHAN; | : | |
| JOHN DOES 9-100; | : | |
| AND XYZ COMPANIES, | : | |
| | : | |
| Defendants. | : | |

Plaintiffs Hermès International, a French corporation and Hermès of Paris, Inc., a New York corporation ("Hermès of Paris") (collectively, "Hermès" or "Plaintiffs"), by their counsel THE GIOCONDA LAW GROUP PLLC, hereby requests an entry of a default by the Court against the defendants, John Doe 1 a/k/a Li Hua a/k/a Yao Dong, John Doe 2 a/k/a Hao Da Tou a/k/a Da Tou Li a/k/a Huweisheng a/k/a Gou Yi Lu, John Doe 3 a/k/a Luoxiaobo a/k/a Liu Mian a/k/a Zhen Hongxing a/k/a Liangguilin a/k/a Luo Da You a/k/a Gaohong, John Doe 4 a/k/a Jiu Ma, John Doe 5 a/k/a Chen YiBin a/k/a Leona Wangqiang, John Doe 6 a/k/a Iaai a/k/a Jkuoiu, John Doe 7 a/k/a Xin Hong; John Doe 8 a/k/a Zheng Ruishan, John Does 9-100, and XYZ Companies (collectively, "Defendants"), pursuant to FED. R. CIV. P. 55(b)(2) and Local Civil Rule 55.2(b), and states as follows:

1. This Court issued summons in the names of the Defendants on March 6, 2012.

2. Pursuant to the terms of the Temporary Restraining Order, Seizure Order, Asset Restraining Order, Domain Name Transfer Order, Order for Expedited Discovery, Order Permitting Service by Electronic Mail, and Order to Show Cause for Preliminary Injunction, entered by the Court on March 6, 2012 (Docket No. 3) the Plaintiffs served each of the Defendants via electronic mail on March 8, 2012.

3. Accordingly, the Defendants' answer to the Complaint was due on March 29, 2012.

4. As of today no Defendant has answered, nor has any Defendant requested an extension of time in which to answer, nor has any counsel made an appearance on any of the Defendants' behalf. Counsel for Plaintiffs has reviewed the docket in this matter as evidenced by the Affidavit of Joseph C. Gioconda, Esq., submitted in support of Plaintiffs' Motion for Entry of Default Judgment Against All Defendants.

5.      To the best of Plaintiffs' knowledge, the Defendants are neither infants nor incompetent persons, and are not members of the United States Military, and are not eligible for the special protections afforded these classes under Fed. R. Civ. P. 55(b)(2) and the Soldiers' and Sailors' Civil Relief Act of 1940 respectively.

6.      The Plaintiffs will serve a copy of their Motion for Entry of Default Judgment Against All Defendants and supporting evidence in the same manner as prescribed by the Court in its previous Orders on or before April 16, 2012.

WHEREFORE, Plaintiffs request that a default judgment be entered against all Defendants.


April 13, 2012                                    Respectfully Submitted,


                                                  */s/ Joseph C. Gioconda*

                                                  Joseph C. Gioconda (JG4716)
                                                  Jonathan A. Malki (JM4410)
                                                  Kristin Lia (KL7394)
                                                  THE GIOCONDA LAW GROUP PLLC
                                                  One Penn Plaza, 36th Floor
                                                  New York, NY 10119-0002
                                                  Telephone: (212) 786-7549
                                                  Facsimile: (888) 697-9665

                                                  Bell Plaza, Suite 607
                                                  42-40 Bell Boulevard
                                                  Bayside, NY 11361
                                                  Telephone: (718) 423-3610
                                                  Joseph.Gioconda@GiocondaLaw.com

                                                  Attorneys for Plaintiffs

                                                  *HERMÈS INTERNATIONAL and*
                                                  *HERMÈS OF PARIS, INC.*