COMPLEX-CSMGMT, ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-01623-DLC

Hermes International et al v. John Doe 1 et al
Assigned to: Judge Denise L. Cote
Cause: 15:1114 Trademark Infringement

Date Filed: 03/06/2012
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Hermes International**             represented by   **Jonathan Albert Malki**
The Gioconda Law Group PLLC
One Penn Plaza, 36th Floor
New York, NY 10119
(212) 786-7549
Fax: (888) 697-9665
Email: jonathan.malki@giocondalaw.com
*ATTORNEY TO BE NOTICED*

**Joseph Christopher Gioconda**
The Gioconda Law Group PLLC
One Penn Plaza, 36th Floor
New York, NY 10119
212-786-7549
Fax: 888-697-9665
Email: joseph.gioconda@giocondalaw.com
*ATTORNEY TO BE NOTICED*

**Kristin Lia**
Giaconda Law Group, PLLC
1 Penn Plaza, 36th Floor
New York, NY 10119
(212) 786-7549
Fax: (888) 697-9665
Email: kristin.lia@giocondalaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hermes of Paris, Inc.**             represented by   **Jonathan Albert Malki**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Christopher Gioconda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin Lia**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Doe 1**
*also known as*
Li Hua aka Yao Dong

**Defendant**

**John Doe 2**
*also known as*
Hao Da Tou aka Da Tou Li aka Huweisheng aka Gou Yi Lu

**Defendant**

**John Doe 3**
*also known as*
Luoxiabo aka Liu Mian aka Zhen Hongxing aka Liangguilin aka Luo Da You aka Gaohong

**Defendant**

**John Doe 4**
*also known as*
Jiu Ma

**Defendant**

**John Doe 5**
*also known as*
Chen Yibin aka Leona Wangqiang

**Defendant**

**John Doe 6**
*also known as*
Iaai aka Jkuoiu

**Defendant**

**John Doe 7**
*also known as*

Xin Hong

**Defendant**

**John Doe 8**
*also known as*
Zheng Ruishan

**Defendant**

**John Does 9-100**

**Defendant**

**XYZ Companies**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2012 | 1 | COMPLAINT against All Defendants. (Filing Fee $ 350.00, Receipt Number 465401031586)Document filed by Hermes International, Hermes of Paris, Inc..(rdz) (Additional attachment(s) added on 3/8/2012: # 1 Complaint Part 2, # 2 Complaint Part 3) (ama). (Additional attachment(s) added on 3/8/2012: # 3 Ex. 1, # 4 Ex. 2 Part 1, # 5 Ex. 2 Part 2, # 6 Ex. 3, # 7 Ex. 4 Part 1, # 8 Ex.4 Part 2, # 9 Ex. 5, # 10 Ex. 6, # 11 Ex. 7, # 12 Ex. 8, # 13 Ex. 9, # 14 Ex. 10, # 15 Ex. 11) (ama). (Entered: 03/08/2012) |
| 03/06/2012 |  | SUMMONS ISSUED as to John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7, John Doe 8, John Does 9-100, XYZ Companies. (rdz) (Entered: 03/08/2012) |
| 03/06/2012 |  | Magistrate Judge Michael H. Dolinger is so designated. (rdz) (Entered: 03/08/2012) |
| 03/06/2012 |  | Case Designated ECF. (rdz) (Entered: 03/08/2012) |
| 03/06/2012 |  | Mailed notice to Commissioner of Patents and Trademarks to report the filing of this action. (rdz) (Entered: 03/08/2012) |
| 03/06/2012 | 2 | STANDING ORDER IN RE PILOT PROJECT REGARDING CASE MANAGEMENT TECHNIQUES FOR COMPLEX CIVIL CASES IN THE SOUTHERN DISTRICT OF NEW YORK (See M-10-468 Order filed November 1, 2011). This case is hereby designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the Pilot Project), unless the judge to whom this case is assigned determines otherwise. This case is designated for inclusion in the Pilot Project because it is a class action, an MDL action, or is in one of the following Nature of Suit categories: 160, 245, 315, 355, 365, 385, 410, 830, 840, 850, 893, or 950. The presiding judge in a case that does not otherwise qualify for inclusion in the Pilot Project may nevertheless designate the case for inclusion in the Pilot Project by issuing an order directing that the case be included in the Pilot Project. The description of the Pilot Project, including procedures to be followed, is attached to this Order. (Signed by Judge Loretta A. Preska on 10/31/2011) (rdz) (Entered: 03/08/2012) |

| | | |
|---|---|---|
| 03/06/2012 | 3 | TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, ASSET RESTRAINING ORDER, DOMAIN NAME TRANSFER ORDER, ORDER FOR EXPEDITED DISCOVERY, ORDER PERMITTING SERVICE BY ELECTRONIC MAIL, AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION: Defendants, and their officers, agents, servants, employees and attorneys and all those in active concert or participation with them, areTEMPORARILY RESTRAINED from the following terms and conditions listed herein. Defendants shall show cause as to why an Order pursuant to Rules 64 and 65 of the Federal Rules of Civil Procedure and Section 34 of the Lanham Act should not be entered granting Plaintiffs a Preliminary Injunction on the terms as set forth above. Show Cause Hearing set for 3/20/2012 at 12:00 PM in Courtroom 15B of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote. Show Cause Response due by 3/16/2012. (Signed by Judge Denise L. Cote on 3/6/2012) (ft) (Entered: 03/09/2012) |
| 03/08/2012 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Jonathan Albert Malki for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules & Instructions. E-MAIL the PDF for Document 1 Complaint to: caseopenings@nysd.uscourts.gov. (rdz) (Entered: 03/08/2012) |
| 03/16/2012 | 4 | AFFIDAVIT OF SERVICE of Complaint, Complaint Exhibits 1-11, Summons in a Civil Action, Civil Cover Sheet, Rule 7.1 Disclosure Statement, Declaration of Robert Chavez, Esq., Temporary Restraining Order, Memorandum of Law in Support of Plaintiffs' Motion for an Ex Parte Temporary Restraining Order on March 8, 2012. Document filed by Hermes International. (Malki, Jonathan) (Entered: 03/16/2012) |
| 03/21/2012 | 5 | PRELIMINARY INJUNCTION: THEREFORE, IT IS HERBY ORDERED that Defendants, and their officers, agents, servants, employees and attorneys and all those in active concert or participation with them, are PRELIMINARILY ENJOINED from the following set forth within this Order. IT IS FURTHER ORDERED THAT pursuant to 15 U.S.C. § 1125 (d)(1)(C) the Infringing Domain Names shall be transferred to Plaintiffs pending trial, and, in order to effectuate this Court's Order, upon receiving notice of this Order from the Plaintiffs, the appropriate Internet registries and Internet domain name registrars, including without limitation Verisign, Inc. ("Verisign") and the Public Interest Registry ("PIR"), shall remove any locks and holds previously placed on the Defendants' Infringing Domain Names pursuant to the TRO, and shall take all necessary steps to transfer the Defendants' Infringing Domain Names to a gaining registrar of Plaintiffs' choice pending trial. (Signed by Judge Denise L. Cote on 3/20/2012) (jfe) (Entered: 03/21/2012) |
| 03/30/2012 | 6 | AFFIDAVIT OF SERVICE on March 23, 2012. Document filed by Hermes International. (Malki, Jonathan) (Entered: 03/30/2012) |
| 03/30/2012 | 7 | ORDER: that any order to show cause for entry of a default is due 4/13/2012, returnable 4/27/2012 at 12 p.m. in Courtroom 15B. (Show Cause Hearing set for 4/27/2012 at 12:00 PM in Courtroom 15B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote. ***As per instructions from Chambers) (Signed by Judge Denise L. Cote on 3/30/2012) (tro) Modified on 4/2/2012 (tro). (Entered: 04/02/2012) |
| 04/13/2012 | 8 | MOTION for Default Judgment as to *All Defendants*. Document filed by Hermes |

|  |  | International, Hermes of Paris, Inc.. Return Date set for 4/27/2012 at 12:00 PM. (Gioconda, Joseph) (Entered: 04/13/2012) |
| --- | --- | --- |
| 04/13/2012 | 9 | MEMORANDUM OF LAW in Support re: 8 MOTION for Default Judgment as to *All Defendants*.. Document filed by Hermes International, Hermes of Paris, Inc.. (Gioconda, Joseph) (Entered: 04/13/2012) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 04/13/2012 09:13:04 | | | |
| **PACER Login:** | gg2580 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-01623-DLC |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |