

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2012

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HERMÈS INTERNATIONAL, and                        :
HERMÈS OF PARIS, INC.,                           :
                                                 :
                       Plaintiffs,               :        Civil Action
                                                 :
              v.                                 :        No.: 12 Civ. 1623
                                                 :
JOHN DOE 1 A/K/A LI HUA A/K/A                    :        **JUDGE COTE**
YAO DONG; JOHN DOE 2 A/K/A                       :
HAO DA TOU A/K/A DA TOU LI                       :        **ORDER TO SHOW CAUSE FOR**
A/K/A HUWEISHENG                                 :        **ENTRY OF DEFAULT JUDGMENT**
A/K/A GOU YI LU;                                 :        **AGAINST ALL DEFENDANTS**
JOHN DOE 3 A/K/A LUOXIAOBO                       :
A/K/A LIU MIAN A/K/A ZHEN                        :
HONGXING A/K/A LIANGGUILIN                       :
A/K/A LUO DA YOU A/K/A GAOHONG;                  :
JOHN DOE 4 A/K/A JIU MA;                         :
JOHN DOE 5 A/K/A CHEN YIBIN                      :
A/K/A LEONA WANGQIANG;                           :
JOHN DOE 6 A/K/A IAAI A/K/A                      :
JKUOIU;                                          :
JOHN DOE 7 A/K/A XIN HONG;                       :
JOHN DOE 8 A/K/A ZHENG RUISHAN;                  :
JOHN DOES 9-100;                                 :
AND XYZ COMPANIES,                               :
                                                 :
                       Defendants.               :

Upon the annexed affidavit of Joseph C. Gioconda, Esq. and the accompanying

Memorandum of Law in Support of Plaintiffs' Motion for Order to Show Cause For Entry of

Default Against All Defendants, it is hereby ordered that the defendants in the above-captioned

matter appear to show cause on ___April 27___, 2012, at ___noon___, or as soon

thereafter as counsel can be heard, in Courtroom 15B of the United States District Court for the

Southern District of New York at 500 Pearl Street, New York, NY, why the Court should not

enter a default judgment against all defendants pursuant to Federal Rule of Civil Procedure

55(b); and it is further

ORDERED THAT any defendant's answering papers, if any, shall be filed with the Clerk

of this Court and served upon the attorneys for the plaintiffs by delivering copies thereof to the

offices of The Gioconda Law Group PLLC, One Penn Plaza, 36th Floor, Attn: Joseph C.

Gioconda, Esq., before noon on ___April 25___, 2012. Any reply shall be filed and served

by the plaintiffs at the hearing; and it is further

ORDERED THAT plaintiffs may complete service of process on defendants by

electronic mail to the addresses set forth in Exhibit 1 hereto, which Plaintiffs have demonstrated

will provide adequate notice to the defendants pursuant to Federal Rules of Civil Procedure

4(f)(3). Plaintiffs shall complete service of this Order and any supporting papers upon which this

Order is based by ___April 23___, 2012.


SO ORDERED:


_____
Hon. Denise L. Cote
United States District Court Judge

Dated: ___April 19, 2012___

<u>Exhibit 1 – List of Email Addresses</u>

<u>Hermès Int'l et al. v. John Doe 1 a/k/a Lj Hua, et al.,</u>
<u>12 CIV. 1623 (DLC) (SDNY)</u>

<u>JOHN DOE 1:</u>
lihuaailidas@126.com
hermesbagsoutlet.org@gmail.com
abcdefg@qq.com
asd@23.com
www.hermesbirkinbags.org@gmail.com
hermesbagss.org@gmail.com
wwwhermeshandbagoutletorg@gmail.com

<u>JOHN DOE 2:</u>
diandian101@gmail.com
laura@163.com
chicken23@163.com
amw23@gmail.com

<u>JOHN DOE 3:</u>
sales@hermesoutletbags.com
32uyade@324.com
sales@hermeshandbags-outlet.net
sales@hermeskellyoutlet.com
sales@hermesoutletbags.net
hermesoutletbags@gmail.com
admin@jidggg.com
sales@hermesoutlethandbags.com
hermesoutletbags@gmail.com
sales@hermesoutletsale.com

<u>JOHN DOE 4:</u>
admin@qq.com
cheapluxurystore.com @gmail.com
Hermesoutletshop.info@domainsbyproxy.com
cheapluxurystore.com @gmail.com

<u>JOHN DOE 5:</u>
afei@afei.com
wwwhermesbagsoutletorg@gmail.com
wwwtiffanyandcooutletnet@gmail.com
1473045893@qq.com
sales@myhermesstore.com

JOHN DOE 6:
8989@hermesbagsoutlet.net
Hermesoutlets@hotmail.com
iuioui@dehermeshandbags.com

JOHN DOE 7:
tech@outlet-ehermes.com
designer-bags@live.com

JOHN DOE 8:
780115024@qq.com