UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERMÈS INTERNATIONAL, )  12 Civ. 1623
and HERMÈS OF PARIS, INC., )
) AFFIDAVIT OF SERVICE
Plaintiff, ) BY EMAIL
)
v. )
)
JOHN DOE 1, A/K/A LI HUA )
A/K/A YAO DONG, ET AL., )
)
Defendants, )

---

STATE OF NEW YORK, }
COUNTY OF NEW YORK } s.s.:

I, Jeremy Botwinick, being duly sworn, depose and state;

I am a licensed process server bearing license number 1227721. At the request of the law firm of Gioconda Law Group PLLC, I was asked to email the named defendants in this matter with the following documents: Memorandum of Law in Support of Order to Show Cause For Entry of Default Judgment Against All Defendants, Affidavit of Joseph C. Gioconda, Esq. in support of Order to Show Cause For An Entry of Default Judgment Against All Defendants.

On Aril 27th, 2012 at 9:06 AM EDT I served said document by emailing the email addresses listed in Exhibit A of this Affidavit of Service by Email.

Jeremy Botwinick
License #:1227721

Sworn to before me on
April 27th, 2012

Notary Public

Gabriela Galindo
Notary Public, State of New York
No. 01GA6187899
Qualified in Queens County
Commission Expires 6/02/2012

# Exhibit A – List of Email Addresses

# Hermès International and Hermès of Paris, Inc. v. John Doe 1 a/k/a Li Hua, et al., 12 CIV. 1623 (SDNY)

JOHN DOE 1:

lihuaailidas@126.com;
hermesbagsoutlet.org@gmail.com;
abcdefg@qq.com;
asd@23.com;
www.hermesbirkinbags.org@gmail.com;
hermesbagss.org@gmail.com;
wwwhermeshandbagoutletorg@gmail.com;

JOHN DOE 2:

diandian101@gmail.com;
laura@163.com;
chicken23@163.com;
amw23@gmail.com;

JOHN DOE 3:

sales@hermesoutletbags.com;
32uyade@324.com;
sales@hermeshandbags-outlet.net;
sales@hermeskellyoutlet.com;
sales@hermesoutletbags.net;
hermesoutletbags@gmail.com;
admin@jidggg.com;
sales@hermesoutlethandbags.com;
hermesoutletbags@gmail.com;
sales@hermesoutletsale.com;

JOHN DOE 4:

admin@qq.com;
cheapluxurystore.com; @gmail.com;
Hermesoutletshop.info@domainsbyproxy.com;
cheapluxurystore.com; @gmail.com;

JOHN DOE 5:
afei@afei.com;
wwwhermesbagsoutletorg@gmail.com;
wwwtiffanyandcooutletnet@gmail.com;
1473045893@qq.com;
sales@myhermesstore.com;

JOHN DOE 6:

8989@hermesbagsoutlet.net;
Hermesoutlets@hotmail.com;
iuioui@dehermeshandbags.com;

JOHN DOE 7:

tech@outlet-ehermes.com; ;
designer-bags@live.com;

JOHN DOE 8:

780115024@qq.com;